AFA Protective Systems, Inc
155 Michael Drive
Syosset, NY 11791

Affordable Mold and Duct Cleaning
22 Gates Street
Framingham, MA 01702

A and K Plumbing and Heating Inc.
721 Humphrey Street
Swampscott, MA 01907

Airex Filter
17 Executive DR
Hudson, NH 03051

Baystate Property Management
200 Pratt Street
Meriden, CT 06450

B and B Pest Control
271 Western Ave, Suite 115
Lynn, MA 01904

BBE Corporation Buckley Elevator
P.O Box 925
Salem, MA 01970
27 Congress Street, Suite 205-5
Salem, MA 01970

Bigelow Electric Company Inc.
28 Town Forest Road, Suite 1
P.O. Box 398
Webster, MA 01570

Brown Rudnick, LLP
One Financial Center
Boston, MA 02111

Carpets Plus, Inc
91 George Leven Drive
North Attleboro, MA 02760

Carabetta Enterprises Inc
200 Pratt Street
Meriden, CT 06450

City of Revere
281 Broadway
Revere, MA 02151

CMC and Affiliates Health Care
200 Pratt Street
Meriden, CT 06450

CMC Supplies Inventory
P.O. Box 724
Meriden, CT 06450

Coastal Carpet
30 Robert W Boyden Road,
Suite B700-800
Taunton, MA 02780

Combustion Power Equipment, Inc.
200 Pratt Street
Meriden, CT 06450

Daniel R. Long
33 Bateman Street
Roslindale, MA 02131

Denterlein
3 Post Office Square Suite 701
Boston, MA 02190

Desrosiers and Associates, LLC
35 Madison Ave, Suite 1
Cambridge, MA 02140

DIV OA Lender, LLC
Care of The Davis Companies
125 High Street 21st Floor
Boston MA 02110

Domain Networks
P.O. Box 1280
Hendersonville, NC 28793

Dustbusters
90 Haystack Road
Reading, MA 01867

Environmental Design Engineering Corp
135 Beaver Street, Suite 404
Waltham, MA 02452

First Insurance Funding
450 Skokie BLVD Suite 1000
Northbrook, IL 60062-7917

Grainger
124 Universal Drive
North Haven, CT 06473-3630

The Guard Alliance
1401 Willow Pass Road Suite 1060
Concord, CA 94520

Henson Fire
PO Box 560057
Medford, MA 02156

Hexatrac of Boston, Inc
271B Salem Street
Woburn, MA 01801

Intrepid
200 North Street
New Bedford, MA 02740

Jensen Hughes
One Research Drive, Suite 305C
Westborough, MA 01581

Johns Sewer and Drain
4 Breed Ave
Woburn, MA 01801

Junction Mechanical
588 Pleasant Street, Unit 6
Norwood, MA 02062

M Cleaning and Painting
P.O. Box 35756

Brighton, MA 02135

Maguire Equipment
18 Wolcott Street
Hyde Park, MA 02136

Mammoth Fire Protection Inc
176 Walker Street
Lowell, MA 01854

Merrifield Paint
47 Inwood Road
Rocky Hill, CT 06067

Milharmer Associates Inc
534 New State Highway, Suite 3
Raynham, MA 02766

National Grid Gas
P.O. Box 371396
Pittsburgh, PA 15250-7396

Nutter McClennen and Fish, LLP
Seaport West
155 Seaport Boulevard
Boston MA 02210-2604

Parham Pouladdej
355 Wellsley Street
Weston, MA 02493

Proxima Management
P.O. Box 64
Swampscott, MA 01907

Republic Services
320A Charger Street
Revere, MA 02151

Revere Fire Department
400 Broadway
Revere, MA 02151

Russo, Frye and Associates, LLP
2 Oliver Street, Suite 612
Boston, MA 02109

S and N Lock and Key
42 Thorpe Road
Lynn, MA 01905

Service Maintenance
200 Pratt Street
Meiden, CT 06450

South Coast Improvement
300 Union Park Drive, Fifth Floor
Woburn, MA 01801

Southcoast Moving and Storage
445-447 Bolton Street
New Bedford, MA 02740

Stevenson Consulting
22 Morningside Drive
Tewksbury, MA 01876

Tecos Trash Removal
85 Central Street
Somerville, MA 02143

Triple M Movers
220-240 Cushing Street
Stoughton, MA 02072

Valere Architects
102 Elm Street, Suite 8
Westfield, MA 01085

Waters Edge Management
394 Ocean Ave
Revere, MA 02151

Williamson Pump & Motor
334B Calef Highway
Epping, NH 03042

WSMD, Inc
47 Olivine Street
Chicopee, MA 01013