United States Bankruptcy Court
District of Massachusetts

In re   Water's Edge Limited Partnership           Case No   24-12445

Chapter   11

Debtor

### VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of Creditors, which consists of five pages and a total of 55 creditors, is true, correct and complete to the best of my knowledge.

Date: 12/6/24

_____
Debtor

_____
Joint Debtor