

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | | |
|---|---|---|
| | Water's Edge Limited Partnership | Chapter 11 |
| | | 24-12445-CJP |
| | Debtor | |

## ORDER

**MATTER:**
#6 Emergency Motion filed by Assistant U.S. Trustee Richard King - B to Dismiss Case.

THE REQUEST FOR EMERGENCY DETERMINATION OF THE MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE FOR FAILURE TO PROVIDE PROOF OF ADEQUATE INSURANCE COVERAGE [ECF NO. 6] (THE "MOTION TO DISMISS") FILED BY THE UNITED STATES TRUSTEE IS GRANTED AS FOLLOWS. THE COURT HEREBY SCHEDULES THE MOTION TO DISMISS FOR HEARING ON DECEMBER 11, 2024 AT 9:30 A.M. (THE "HEARING") BY TELEPHONE. ANY OBJECTIONS TO THE MOTION TO DISMISS MAY BE MADE AT THE HEARING.

TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

THE MOVANT SHALL PROVIDE NOTICE OF THE HEARING FORTHWITH BY ECF, TELEPHONE, E-MAIL, OR FAX TO PARTIES IN INTEREST AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT REFLECTING SUCH SERVICE HAS BEEN MADE.

Dated: 12/09/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge