## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**WATER'S EDGE LIMITED PARTNERSHIP,**<br><br>Debtor. | Chapter 11<br>Case No. 24-12445 (CJP) |

## CERTIFICATE OF SERVICE
## OF NOTICE OF HEARING

I, Justin A. Kesselman, counsel for William K. Harrington, United States Trustee for Region 1 (the "United States Trustee"), hereby certify that on December 9, 2024, I gave notice of the hearing on the United States Trustee's Motion to Dismiss [ECF No. 6] in accordance with the Court's Order [ECF No. 7] (the "Hearing Order"), by causing a copy of the Hearing Order, to be served by email upon the following parties at the noted addresses:

| | |
|---|---|
| AFA PROTECTIVE SYSTEMS, INC | JLEES@AFAP.COM |
| AFFORDABLE MOLD AND DUCT CLEANING | GUYOLIVER1975@GMAIL.COM |
| A & K PLUMBING AND HEATING INC | AKPLUMBING@GMAIL.COM |
| AIREX FILTER | sales@airexco.com |
| BAYSTATE PROPERTY MANAGEMENT, CARABETTA ENTERPRISES INC, CMC HEALTH CARE, and CMC SUPPLIES INVENTORY | JOSEPH.CARABETTA@CARABETTA.COM, SCARABETTA@CARABETTA.COM, JOSEPH.CARABETTAJR@CARABETTA.COM, SARA.ESTABROOK@CARABETTA.COM |
| B & B PEST CONTROL | INFO@BBPEST.COM |
| BBE CORPORATION - BUCKLEY ELEVATOR | LMORRILL@BUCKLEYELEVATOR.COM |
| BIGELOW ELECTRIC CO., INC | BOBBIE@BIGELOWELEC.COM |
| BROWN RUDNICK, LLP | LCHARRON@BROWNRUDNICK.COM |
| CARPETS PLUS, INC | CUSTOMER.SERVICE@CARPETS-PLUS.NET |
| CITY OF REVERE | dmasiello@revere.org |
| COASTAL CARPET | BSPELLMAN@COASTALCARPETINC.COM |

1

| | |
|---|---|
| COMBUSTION POWER EQUIPMENT, INC | COMBUSTION.POWER200@GMAIL.COM |
| CONSTABLE OFFICE OF DESROSIERS & ASSOC, LLC | INFO@DESROSIERSASSOCIATES.COM |
| DANIEL R. LONG, CONSTABLES | CAPTDAN3@AOL.COM |
| DENTERLEIN | NIANNUCCI@DENTERLEIN.COM |
| DOMAIN NETWORKS | INFO@DOMAINNETWORKS.COM |
| DUSTBUSTERS | HSGDUST@AOL.COM |
| ENVIRONMENTAL DESIGN ENGINEERING CORP INC | ede@edemep.com |
| FIRST INSURANCE FUNDING | firstinsite@firstinsurancefunding.com |
| GRAINGER | CARLI.MESTAS@GRAINGER.COM |
| THE GUARD ALLIANCE | ACCOUNTING@THEGUARDALLIANCE.COM |
| HENSON FIRE | JOHN@HENSONFIRE.COM |
| HEXATRAC OF BOSTON, INC | hexatracofboston@gmail.com |
| INTREPID | ctenaglia@intrepid-usa.com |
| JENSEN HUGHES | scott.sutherland@jensenhughes.com |
| JOHN'S SEWER & DRAIN | lcox@johnsewer.com |
| JUNCTION MECHANICAL | JUNCTIONSERVICE@YAHOO.COM |
| M CLEANING & PAINTING | mcleaningepainting@gmail.com |
| MAGUIRE EQUIPMENT | MAGEQUIP1@AOL.COM |
| MAMMOTH FIRE PROTECTION SYSTEMS INC | billy.pappas@mfpflow.com |
| MERRIFIELD PAINT | merrifieldpaint@yahoo.com |
| MILHARMER ASSOCIATES INC | BBLAKE@MILHARMER.COM |
| NATIONAL GRID GAS | monica.booth@nationalgrid.com |
| NATIONAL GRID ELECTRIC | JEFFREY.EVANCHAK@NATIONALGRID.COM |
| NUTTER, MCCLENNEN & FISH, LLP | NMYERS@NUTTER.COM |
| PARHAM POULADDEJ | PARHAM.POULADDEJ@GMAIL.COM |
| PROXIMA MANAGEMENT | INFO@PROXIMAMANAGEMENT.COM |
| REPUBLIC SERVICES | CustomerCareRequest@republicservices.com |
| REVERE FIRE DEPARTMENT | AVOZZELLA@REVERE.ORG |
| RUSSO, FRYE & ASSOCIATES, LLP **on Behalf of the DEBTOR** | RRUSSO@RUSSOFRYELLP.COM; dfrye@russofryellp.com |
| RYBO | RYBOSNOW@GMAIL.COM |
| S & N LOCK & KEY | shally@verizon.net |
| SERVICE MAINTENANCE | jennie.simmons@carabetta.com |

| | |
|---|---|
| STEVENSON CONSULTING | JEFF@STEVENSON-CONSULTING.NET |
| SOUTHCOAST MOVING, STORATE AND PPTY MGMT | OFFICE@SOUTHCOASTMOVINGANDSTORAGE.COM |
| TECO'S TRASH REMOVAL | feliciooliveira2019@gmail.com |
| WENDY FISCUS **on behalf of THE DAVIS GROUP and DIV OA LENDER, LLC** | WFISCUS@NUTTER.COM |
| TRIPLE M MOVERS | TRIPLEMMOVERS98@GMAIL.COM |
| VALERE ARCHITECTS | MO@VALEREARCHITECTS.COM |
| WILLIAMSON PUMP & MOTOR | daver@weco-group.com |
| WSMD, INC | RICH@WESTSIDEMETALDOOR.COM |

        Respectfully submitted,

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE
        REGION ONE

By:    */s/Justin A. Kesselman*
        Justin A. Kesselman, BBO# 687793
        United States Department of Justice
        John W. McCormack Post Office & Courthouse
        5 Post Office Square, 10th Floor, Suite 1000
        Boston, MA  02109-3934
        PHONE: (202) 377-9602
        EMAIL: Justin.A.Kesselman@usdoj.gov