UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>WATER'S EDGE LIMITED PARTNERSHIP<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12445 (CJP) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for ***DIV OA Lender, LLC*** (**"DIV OA"**) in this bankruptcy case:

> Kathleen St. John , Esq.
> Holland & Knight LLP
> 10 St. James Ave., 11th Floor
> Boston, Massachusetts 02116
> Telephone: (617) 523-2700
> Facsimile:  (617) 523-6850
> Email: kathleen.stjohn@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that DIV OA requests, pursuant to Federal Bankruptcy Rule 2002 and 11 U.S.C. § 1109(b), that all notices, pleadings and orders required to be served in this case by any party be given to and served upon DIV OA through its above-named counsel.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers is not intended to constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this

Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        By: /s/ Kathleen St. John
            Kathleen St. John  (Mass. Bar No. 681565)
            10 St. James Avenue, 11th Floor
            Boston, MA  02116
            Tel:  (617) 523-2700
            Fax: (617) 523-6850
            kathleen.stjohn@hklaw.com

Dated:  December 12, 2024

- 3 -

## CERTIFICATE OF SERVICE

I, Kathleen St. John, counsel to *DIV OA Lender, LLC* in connection with the above-captioned bankruptcy proceeding, hereby certify that on this 12th day of December, 2024, I served copies of the foregoing *Notice of Appearance and Request for Service of Papers* on all parties who are registered to received service through the Court's CM/ECF system.

/s/ Kathleen St. John