# **EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**WATER'S EDGE LIMITED PARTNERSHIP**,<br><br>Debtor. | Chapter 11<br>Case No. 24-12445-CJP |

## ORDER DISMISSING CHAPTER 11 CASE

Upon the *Motion of DIV OA Lender, LLC for Entry of an Order Dismissing Debtor's Chapter 11 Case* [Dkt. No. __] (the "Motion") of DIV OA Lender, LLC ("DIV OA"); and this matter being a core proceeding under 28 U.S.C. §157(b); and adequate notice having been given and no other or further notice being necessary; and this Court having considered the Motion and accompanying *Declaration of Robert Kubica in Support of Motion of DIV OA Lender, LLC for Entry of an Order Dismissing Debtor's Chapter 11 Case*; and after due deliberation thereon and good and sufficient cause being shown, and having held a hearing on the matter on _____, 202_ and for the reasons set forth on the record, and the Court having determined that dismissal of this bankruptcy case is in the best interest of creditors,

NOW IT IS HEREBY ORDERED:

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned case commenced under chapter 11 of the Bankruptcy Code is hereby dismissed for cause pursuant to 11 U.S.C. 1112(b).

Dated: _____
Boston, Massachusetts

_____
THE HONORABLE CHRISTOPHER J. PANOS
UNITED STATES BANKRUPTCY JUDGE