# **EXHIBIT 5**

 

**Brian Arrigo**
Mayor

**Michael Wells**
Director of Municipal Inspections
Health Agent
American Legion Building
Office of Municipal Inspections
249R Broadway
Revere, MA 02151
O: 781-485-8470
F: 781-286-8369

July 5, 2022

**POSTED AT PROPERTY BY CONSTABLE**

Water's Edge Limited Partnership
Attn: Evelyn M. Carabetta, Resident Agent
370 Ocean Avenue
Revere, MA 02151

### CONDEMNATION ORDER and ORDER TO VACATE & SECURE PURSUANT TO

### M.G.L. c. 111, § 127B and 105 CMR 410.831 (E)

Following an inspection of the dwelling located at 370 Ocean Avenue, Revere, MA 02151 ("Property") on June 28, 2022, and several follow-up inspections pursuant to 105 CMR 410.100 and 105 CMR 410.820, the Board of Health issued a written Finding that the property located at 370 Ocean Avenue, Revere, Massachusetts is **unfit for human habitation**. *See attached copy of Finding.*

The Board of Health finds that violations of the State Sanitary Code pose immediate harm or threat of harm to the occupant(s) and/or to the public, and that the danger to the life or health of the occupant(s) is so immediate that no delay may be permitted.

Therefore, in accordance with provisions of the State Sanitary Code, MGL, c. 111, Sections 127A-B, 105 C.M.R. 410.831, and 105 C.M.R. 410.950 it is hereby ORDERED that the property located at 370 Ocean Avenue, Revere, Massachusetts be **CONDEMNED** and secured in accordance with State Sanitary Code, Chapter II, 105 CMR 410.831(E), Minimum Standards for Human Habitation.

**FURHTHERMORE**, all occupants of the Property are hereby **ORDERED TO VACATE AND THE PROPERTY OWNER ORDERED TO SECURE THE PREMISES IMMEDIATELY** UPON RECEIPT OF THIS NOTICE.

If any person refuses to leave the dwelling or portion thereof, which was ordered condemned and vacated, he or she may be forcibly removed by the Revere Board of Health or by the City of Revere Police Department at the request of the Board of Health.

The dwelling shall remain placarded, vacant and secure except with prior written notice and written permission from the Revere Board of Health and Fire Department and only for access to make and complete repairs at the dwelling.

Note: This is a legal document. It may affect your rights. You should have it translated.

Michael Wells, Health Agent
Revere Board of Health

CC: Robert D. Russo, Esq.