# **EXHIBIT 7**



# REVERE FIRE DEPARTMENT
Office of Fire Prevention

## ORDER OF NOTICE

400 Broadway
Revere, MA 02151
Tel. 781-286-8363
fireprevention@revere.org

Contact: **FRED / ALDO / LOUIS**    Fire Inc. No.: **C-FILE**
Facility Name: **WATER'S EDGE - OCEAN SHORES**
Address: **364 OCEAN AVENUE - REVERE**    Telephone: _____
Owner: **CARABETTA MANAGEMENT**    ID: _____
Owner's Mailing Address: **370 OCEAN AVE - MANAGEMENT OFFICE**    DOB: _____
City/Town: **REVERE**    State: **MA**    Zip: **02151**
On **NOVEMBER 18**, 20**22**, **DEPUTY CHIEF PAUL CHEEVER** from our department, Inspected your site/facility and found the following violation(s) as herein specified:

- BASED ON THE FAILURE OF THE FIRE ALARM SYSTEM DUE TO WATER DAMAGE, PER 527 CMR 1.0, THE BLDG IS IN VIOLATION OF SECTIONS, DUE TO LIMITED TO, 10.3 OCCUPANCY AND 13.1 FIRE PROTECTION SYSTEMS. THEREFORE, IN ACCORDANCE W/ SECTIONS 11.8.5 AND 13.1.8 to 13.1.10, A FIRE WATCH DETAIL AT OWNER'S EXPENSE SHALL BE REQUIRED IN THE BLDG 24/7/365 UNTIL THE FIRE ALARM SYSTEM IS REPLACED AND UPDATED. FIRE ALARM SYSTEM REPLACE/UPDATE SHALL INCLUDE (1) COMMAND CENTER, (2) SMOKE CONTROL, (3) RADIO (OFFICE TESTING), (4) BACK UP POWER SYSTEMS, AND (5) SUPPRESSION SYSTEM REVIEW BY LICENSED EXPERIENCED PROFESSIONAL ENGINEER.

**ORDERED:**

- PROVIDE PLAN BY 11/21/22 TO NOTIFY RESIDENCE DIRECTLY & POSTINGS IN BLDG OF CURRENT SAFETY SITUATION AND HOW ELEVATORS WILL BE MAINTAINED DURING FIRE ALARM SYSTEM OUT OF SERVICE. (MONDAY 11/21 @ 1300hrs)
- PROVIDE FULL BLDG ACCESS FOR ISD/FIRE INSPECTION ON 11/21/22

ORDERED BY: **PAUL CHEEVER**    Title/Rank: **DEPUTY CHIEF**

an officer delegated by the Head of the Revere Fire Department in accordance with the provisions of MGL Ch 148 ?4&5.

This Notice of violation served on (name): _____    Date: _____

X _____ Signing this Notice is acknowledgement of the violations have been explained and understood by the served.

Top Copy - Fire Department    Page(s) ___ of ___    CC - Served Contact