# **EXHIBIT 9**





# NOTICE

## THIS PROPERTY HAS BEEN CONDEMNED AND ORDERED TO REMAIN VACANT BY THE CITY OF REVERE BOARD OF HEALTH BY AN ORDER DATED AUGUST 29, 2024

## THE PROPERTY SHALL REMAIN VACANT UNTIL FURTHER NOTICE

To obtain a copy of the Order, please contact the Revere Health Department – Inspectional Services at 781-485-8486

Revere Board of Health
City of Revere

August 29, 2024

RE:   364 Ocean Avenue, Revere, MA

## REVERE BOARD OF HEALTH
## CONDEMNATION AND ORDER TO VACATE & SECURE

Following a public hearing held on August 29, 2024 at 6:00 PM regarding the conditions at the residence located at 364 Ocean Avenue, Revere, MA, pursuant to 105 CMR 410.650 and M.G.L. c. 111, § 127B, the Board of Health issued a written Finding dated August 29, 2024 that the residence located at 364 Ocean Avenue is Unfit for Human Habitation.

**Therefore, in accordance with the provisions of the State Sanitary Code, M.G.L. c. 111, § 127A-B, 105 CMR 410.650, and 105 CMR 410.900, it is hereby ORDERED that the residence located at 364 Ocean Avenue be <u>PLACARDED</u>, <u>CONDEMNED</u>, <u>VACATED</u>, and <u>SECURED</u>.**

The Board of Health finds that the violations of the State Sanitary Code pose immediate harm or threat of harm to the occupants, the public, and/or first responders being required to respond to a potential emergency at the building and require that the building be vacated immediately. All personal possessions belonging to the owner and/or occupants shall be removed.

The residence shall remain placarded, vacant, and secure except with prior written notice and written permission from the Board of Health and the Fire Department and only for access to make and complete repairs at the residence.

If any person refuses to leave the residence or portion thereof, which was ordered Condemned, Vacated, and Secured, he or she may be forcibly removed by the Revere Board of Health or by the Revere Police Department at the Request of the Board of Health, through its Health Agent. *See* 105 CMR 410.650; M.G.L. c. 111, § 127B.

As the occupants of the condemned dwelling or rooming units are not the owners of the residence, the owner shall provide comparable, suitable housing for all occupants for the following time period, or whichever is shortest:
   (1) The remaining term of the lease or rental period;
   (2) Such time as the residence is deemed suitable for habitation by the Board of Health; or
   (3) Such time as the occupant finds alternative, permanent housing and voluntarily terminates tenancy.

If, one year after the issuance of an Order to Secure, compliance with 105 CMR 410.00 has not been achieved, then the Board of Health may cause the residence or portion thereof to be demolished or removed provided the requirements of 105 CMR 410.800 (A) have been met. A claim for the expense incurred by said board in demolishing a residence or portion thereof shall constitute a debt due to the City in accordance with M.G.L. c. 111, § 127B.

1

Anyone who fails to comply with any Order of the Board of Health may be subject to a fine of $490.00. Each day's failure to comply with an Order shall constitute a separate violation.

Note: This is a legal document. It may affect your rights. You should have it translated

***Este es un document importante legal. Puede afectar sus derechos. Usted debé tenerlo traducido***

Dr. Drew Bunker, Chair
Revere Board of Health

Kathy Savage, Member
Revere Board of Health

Viviana Catano, Member
Revere Board of Health

DATED: August 29, 2024

2