# EXHIBIT 10

| TRIAL COURT OF MASSACHUSETTS | NOTICE OF FILING TAX LIEN COMPLAINT (G.L. c. 60, § 75 and c. 185, § 27) | COURT OR REGISTRY USE |
|---|---|---|

| COURT DEPARTMENT LAND COURT | COUNTY Suffolk | DOCKET NUMBER |
|---|---|---|

**CASE NAME**

City of Revere

v.

Water's Edge Limited Partnership

2022 00065302
Bk: 68003 Pg: 268   Page: 1 of 1
Recorded: 07/27/2022 04:02 PM
ATTEST:Stephen J. Murphy, Register
Suffolk County Registry of Deeds

**TO ALL WHOM IT MAY CONCERN:**

On _07/14/2022_ , Plaintiff(s) filed a Tax Lien Complaint in the Land Court against the following Defendant(s):

[LIST ALL DEFENDANTS NAMED IN THE COMPLAINT.]

Water's Edge Limited Partnership

The Complaint seeks to foreclose all rights of redemption for the real estate parcel(s) hereinafter described, which

⦿ was taken or sold on _03/26/2021_ by Taking or Collector's Sale for nonpayment of taxes

◯ was taken or sold on _____ by Taking or Collector's Sale for nonpayment of sewer or water charges pursuant to G.L. c. 40N, § 9(d)

◯ is the subject of a Tax Deferral and Recovery Agreement entered into on _____ pursuant to G.L. c. 59, § 5, cl. 18A or cl. 41A

by _Cathy D. Bowden, Collector of Taxes for City_ of _Revere_ in _Suffolk_ County by instrument executed on _03/26/2021_ and

◯ recorded on _____ in Book _65488_ , Page _262_ .

⦿ registered on _05/18/2021_ as Doc. No. _920526_ , Cert. No. _101316_ .

The real estate parcel is located in _Revere_ in _Suffolk_ County, with an address of _388 Ocean Avenue_ ,

and is described as: [DESCRIPTION MUST BE SAME AS IN INSTRUMENT IDENTIFIED ABOVE. ATTACH ADDENDUM IF NECESSARY.]

Property Location: 388 Ocean Ave     Certificate:     101316 Doc# 429814 BK/PG: 502/116
Lot No:                 LOT 5C
Lot Containing About:   78,654.00 SF
Map-Block-Parcel-Unit:  009-161-002A
Deed Book and Page:     14128 324

2022 00936369
Cert#: 101316   Bk: 00502 Pg: 116
Doc: NOT   07/27/2022 03:58 PM   SF
ATTEST:Stephen J. Murphy, Register
Suffolk County Registry of Deeds

The assignment information for the real estate parcel(s) is: (if applicable)

**This Notice of Filing Tax Lien Complaint must be recorded or registered in the local Registry of Deeds or Registration District, with a recorded or registered copy filed with the Land Court promptly.**

| DATED 07/14/2021 | PRINT NAME Matthew King | SIGNED UNDER PENALTY OF PERJURY X _Matt King_ |
|---|---|---|

REGISTERED LAND
https://www.mass.gov/orgs/land-court

NOTCTL (05-2021)     Page 1 of 1