

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:<br><br>**Water's Edge Limited Partnership**<br>Debtor(s) | Chapter 11<br>24-12445-CJP |
|---|---|

**PROCEEDING MEMORANDUM AND ORDER**

**MATTER:**
Hybrid Hearing on #35 Motion filed by Debtor Water's Edge Limited Partnership for Entry of Order (I) Authorizing the Debtor to Enter into Letter of Intent with Easter Acquisitions, LLC and (II) Granting Related Relief.

**Decision set forth more fully as follows:**

THE HEARING IS CONTINUED TO DECEMBER 31, 2024 AT 9:00 A.M BY ZOOM VIDEO. THE VIDEO ACCESS INFORMATION WILL BE THE SAME AS THE DECEMBER 30, 2024 HEARINGS.

TO THE EXTENT ANY PARTY NEEDS THE VIDEO ACCESS INFORMATION FOR THE CONTINUED HEARING, PARTICIPANTS MAY ALSO EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN DECEMBER 31, 2024 AT 8:30 A.M. PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 12/30/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge