

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Water's Edge Limited Partnership | Chapter 11<br>24-12445-CJP |
| Debtor | |

## ORDER

**MATTER:**
#38 Expedited Motion filed by Debtor Water's Edge Limited Partnership for Entry of Order Fixing Bar Date for Filing Proofs of Claim and Approving Form of Notice.

Upon consideration of the *Motion by Debtor for Entry of Order Fixing Bar Date for Filing Proofs of Claim and Approving Form of Notice* [ECF No. 38], as supplemented by ECF No. 73 (together, the "Bar Date Motion") filed by the debtor Water's Edge Limited Partnership (the "Debtor"), good cause appearing for the relief requested, the Bar Date Motion is granted as follows and form of Bar Date Notice attached as Exhibit A to the Bar Date Motion is approved.

The Court hereby fixes **Friday, February 14, 2025** (the "General Bar Date") as the last date by which all entities may assert claims against the Debtor that arose prior to December 5, 2024, including claims arising under Section 503(b)(9) of the Bankruptcy Code, and fixes **Tuesday, June 3, 2025** (the "Governmental Bar Date") as the last date by which all governmental units may assert claims against the Debtor that arose prior to December 5, 2024.

The Debtor shall serve a copy of the Bar Date Notice incorporating the dates set forth in this Order in the manner described in the Bar Date Motion and shall file a certificate of service regarding the same.

Dated: 01/08/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge