A & K PLUMBING AND HEATING INC
721 HUMPHREY ST
SWAMPSCOTT, MA 01907

AFA PROTECTIVE SYSTEMS, INC
155 MICHAEL DRIVE
SYOSSET, NY 11791

AFFORDABLE MOLD AND DUCT CLEANING
22 GATES STREET
FRAMINGHAM, MA 01702

AIREX FILTER
17 EXECUTIVE DR
HUDSON, NH 03051

Aissato Ba
Alioune Badara Fall
388 Ocean Avenue
Unit # 313
Revere, MA 02151-2672

Aleksy Hernandez
Sindy Andasol
388 Ocean Avenue
Unit # 1414
Revere, MA 02151-2672

Alexander Zvonok
Halina Zvonok
388 Ocean Avenue
Unit # 710
Revere, MA 02151-2672

ALLIANT INSURANCE SERVICES INC
P.O. BOX 744912
Los Angeles, CA 90074-4912

Alpana Banerjee
388 Ocean Avenue
Unit # 307
Revere, MA 02151-2672

Amr Mohamed
388 Ocean Avenue
Unit # 510
Revere, MA 02151-2672

Andres Felipe Ochoa Serna
Yury Vanesa Giron Tapiero
388 Ocean Avenue
Unit # 802
Revere, MA 02151-2672

Antonio Soares-Smolinski
388 Ocean Avenue
Unit # 506
Revere, MA 02151-2672

Armela Sinjari, Thanas Sinjari
Kristel Sinjari
388 Ocean Avenue
Unit # 813
Revere, MA 02151-2672

B & B PEST CONTROL
271 WESTERN AVE
SUITE 115
LYNN, MA 01904

BAYSTATE PROPERTY MANAGEMENT
200 PRATT ST
MERIDEN, CT 06450

BBE CORPORATION - BUCKLEY ELEVATOR
P.O. BOX 925
SALEM, MA 01970

Bensalah Atochy
Mariam El Fadili
388 Ocean Avenue
Unit # 812
Revere, MA 02151-2672

BIGELOW ELECTRIC CO., INC
28 TOWN FOREST RD
SUITE 1 P.O BOX 398
WEBSTER, MA 01570

BROWN RUDNICK, LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

Bryce Sims
388 Ocean Avenue
Unit # 303
Revere, MA 02151-2672

BUDGET OVERHEAD DOOR
P.O. BOX 4343
Peabody, MA 01961

Calvin Tuan Do
Trang T. Mai
388 Ocean Avenue
Unit # 308
Revere, MA 02151-2672

```
CARABETTA ENTERPRISES, INC.
200 PRATT ST
MERIDEN, CT 06450

Carabetta Management Company
200 PRATT ST
MERIDEN, CT 06450

Carlos Arteaga, Claudia Munoz
Mateo Arteaga
388 Ocean Avenue
Unit # 503
Revere, MA 02151-2672

CARPETS PLUS, INC
91 GEORGE LEVEN DRIVE
NORTH ATTLEBORO, MA 02760

Catalina Arango
388 Ocean Avenue
Unit # 901
Revere, MA 02151-2672

Chelsea Bishop
Timothy Wilkinson
388 Ocean Avenue
Unit # 1214
Revere, MA 02151-2672

CITY OF REVERE
281 BROADWAY
Collector of Taxes
Cathy D. Bowen
REVERE, MA 02151

CITY OF REVERE
Water & Sewer Department
281 BROADWAY
REVERE, MA 02151

CITY OF REVERE
281 Broadway
Revere, MA 02151-5027

CMC AND AFFILIATES HEALTH CARE
200 PRATT ST
MERIDEN, CT 06450

CMC SUPPLIES INVENTORY
P.O. BOX 724
MERIDEN, CT 06450
```

```
COASTAL CARPET
30 ROBERT W BOYDEN RD
STE B700-800
TAUNTON, MA 02780

COMBUSTION POWER EQUIPMENT, INC
200 PRATT ST
MERIDEN, CT 06450

COMCAST
P.O. BOX 70219
Philadelphia, PA 19176-0219

CONSTABLE OFFICE OF DESROSIERS & ASSOC,
35 MADISON AVE
SUITE 1
CAMBRIDGE, MA 02140

DANIEL R. LONG, CONSTABLES
33 BATEMAN ST
ROSLINDALE, MA 02131

Darlene Raymond, Thoskanie C. Jean Franc
Panosky Jean-Louis
388 Ocean Avenue
Unit # 602
Revere, MA 02151-2672

David Hirtle
Kathleen Nolan
388 Ocean Avenue
Unit # 1004
Revere, MA 02151-2672

David Ravalli
388 Ocean Avenue
Unit # 702
Revere, MA 02151-2672

Demis Abata
Alemtsehay Girma
388 Ocean Avenue
Unit # 413
Revere, MA 02151-2672

DENTERLEIN
3 POST OFFICE SQ
SUITE 701
BOSTON, MA 02109

Diana Gonzalez
388 Ocean Avenue
Unit # 1002
Revere, MA 02151-2672
```

```
Dianne Lamonica
388 Ocean Avenue
Unit # 804
Revere, MA 02151-2672

Diego Contreraz
Taya Laurimer
388 Ocean Avenue
Unit # 314
Revere, MA 02151-2672

DIV OA Lender, LLC
c/o THE DAVIS GROUP
Attn: Jessica Powell, Esq.
125 High Street
BOSTON, MA 02110

DOMAIN NETWORKS
P.O. BOX 1280
HENDERSONVILLE, NC 28793

DUSTBUSTERS
90 HAYSTACK RD
READING, MA 01867

Edgar Arenas, Guadaloupe Nivarro
Alberto Ortiz aka. Albert Madina
388 Ocean Avenue
Unit # 309
Revere, MA 02151-2672

Eduardo De Oliveira
Antonio Soares
388 Ocean Avenue
Unit # 1213
Revere, MA 02151-2672

El Mehdi Charani
388 Ocean Avenue
Unit # 1513
Revere, MA 02151-2672

ENVIRONMENTAL DESIGN ENGINEERING CORP IN
135 BEAVER ST
SUITE 404
WALTHAM, MA 02452

Eqerm Mance, Bashkim Mance
Marsuel Mance
388 Ocean Avenue
Unit # 410
Revere, MA 02151-2672
```

```
Erica Elaine Diaz
388 Ocean Avenue
Unit # 914
Revere, MA 02151-2672

EVELYN M. CARABETTA
200 Pratt Street
Meriden, CT 06450

Fei Ren
Hoaofeng Xu
388 Ocean Avenue
Unit # 701
Revere, MA 02151-2672

Felix Balda Mujica
Nestor Perez Balda
388 Ocean Avenue
Unit # 409
Revere, MA 02151-2672

Felix Soto
Maritza Londono
388 Ocean Avenue
Unit # 703
Revere, MA 02151-2672

FIRST INSURANCE FUNDING
450 SKOKIE BLVD STE 1000
NORTHBROOK, IL 60062-7917

Gabriel De Almeida
Fabiano Latham
388 Ocean Avenue
Unit # 1314
Revere, MA 02151-2672

Gina Mirela Mustata
388 Ocean Avenue
Unit # 609
Revere, MA 02151-2672

Giovanna Queiroz Silva Campos
Gislene Soares De Queiroz E Silva
388 Ocean Avenue
Unit # 403
Revere, MA 02151-2672

GRAINGER
124 UNIVERSAL DR
NORTH HAVEN, CT 06473-3630
```

Greta Sfeci
388 Ocean Avenue
Unit # 408
Revere, MA 02151-2672

Haifeng Weng
388 Ocean Avenue
Unit # 905
Revere, MA 02151-2672

HENSON FIRE
PO BOX 560057
MEDFORD, MA 02156

Hesein Mehic
Suada Mehic
388 Ocean Avenue
Unit # 401
Revere, MA 02151-2672

HEXATRAC OF BOSTON, INC
271-B SALEM ST
WOBURN, MA 01801

Hocine Benzohra
Fatima Mekamene
388 Ocean Avenue
Unit # 208
Revere, MA 02151-2672

HOME DEPOT CREDIT SERVICES
PO BOX 70293
Philadelphia, PA 19176-0293

Ilhan Ozcan
388 Ocean Avenue
Unit # 1102
Revere, MA 02151-2672

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

INTREPID
200 NORTH ST
NEW BEDFORD, MA 02740

INTREPID INVESTMENTS LLC
34 Day Street
Norwood, MA 02062

JENSEN HUGHES
ONE RESEARCH DR
SUITE 305C
WESTBOROUGH, MA 01581

Jessica Bezerra Enes
Benjamin Hafizovic
388 Ocean Avenue
Unit # 514
Revere, MA 02151-2672

John Monaghan, Esq.
Holland & Knight LLP
10 St. James Ave.
11th Floor
Boston, MA 02116

JOHN'S SEWER & DRAIN
4 BREED AVE
WOBURN, MA 01801

Jorge Sorto
388 Ocean Avenue
Unit # 904
Revere, MA 02151-2672

Jorge Soto
388 Ocean Avenue
Unit # 1201
Revere, MA 02151-2672

Jose Sorto
Heidi Arely Alarcon-Sorto
388 Ocean Avenue
Unit # 301
Revere, MA 02151-2672

Joseph F. Carabetta
200 Pratt Street
MERIDEN, CT 06450

Josephine Muthemba
John Gitau
388 Ocean Avenue
Unit # 613
Revere, MA 02151-2672

Julian Quintero
Sandra Arias
388 Ocean Avenue
Unit # 302
Revere, MA 02151-2672

```
JUNCTION MECHANICAL
588 PLEASANT ST
UNIT 6
NORWOOD, MA 02062

Karim Slami
388 Ocean Avenue
Unit # 501
Revere, MA 02151-2672

Lahcen Ifkirne
Meriem Abounaim
388 Ocean Avenue
Unit # 610
Revere, MA 02151-2672

Laura Soto
Daniel Velez Vanegas
388 Ocean Avenue
Unit # 1313
Revere, MA 02151-2672

Liliana Maria Roldan
Diana Marcella Tobon Vasquez
388 Ocean Avenue
Unit # 1014
Revere, MA 02151-2672

Lunecee Eligene
388 Ocean Avenue
Unit # 912
Revere, MA 02151-2672

M CLEANING & PAINTING
PO BOX 35756
BRIGHTON, MA 02135

MAGUIRE EQUIPMENT
18 WOLCOTT ST
HYDE PARK, MA 02136

MAMMOTH FIRE PROTECTION SYSTEMS INC
176 WALKER ST
LOWELL, MA 01854

Manisha Ducasse
Elise Michelle Ngo Mbock
388 Ocean Avenue
Unit # 214
Revere, MA 02151-2672
```

```
Marcos Espinosa
Erica Ellena Garcia
388 Ocean Avenue
Unit # 515
Revere, MA 02151-2672

Maria Rezende
388 Ocean Avenue
Unit # 1402
Revere, MA 02151-2672

Marlene LaBella
Marlene Matus
388 Ocean Avenue
Unit # 315
Revere, MA 02151-2672

MAROTTA VALUATION ADVISORS, INC
260 Bear Hill Rd
Ste 106
Waltham, MA 02451

Mary Connolly
388 Ocean Avenue
Unit # 805
Revere, MA 02151-2672

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Mauricio Medina
Lina Restrepo
388 Ocean Avenue
Unit # 814
Revere, MA 02151-2672

Mehman Abdulsalmov
388 Ocean Avenue
Unit # 1011
Revere, MA 02151-2672

MERRIFIELD PAINT
47 INWOOD RD
ROCKY HILL, CT 06067

Michael Sean Harris
388 Ocean Avenue
Unit # 706
Revere, MA 02151-2672
```

```
MILHARMER ASSOCIATES INC
534 NEW STATE HIGHWAY
STE 3
RAYNHAM, MA 02766

Miloud Hraiba
Rabia Elouardi
388 Ocean Avenue
Unit # 406
Revere, MA 02151-2672

Minoo Gharagozly
388 Ocean Avenue
Unit # 1215
Revere, MA 02151-2672

Mohamed Hamacha
Mounira Medjahdi
388 Ocean Avenue
Unit # 414
Revere, MA 02151-2672

Mohamed Zyade
Rachida Fergaoui
388 Ocean Avenue
Unit # 1005
Revere, MA 02151-2672

Mohammad Qasim Butt
Amina Butt
388 Ocean Avenue
Unit # 213
Revere, MA 02151-2672

Muhamma Ahmed Taibah
388 Ocean Avenue
Unit # 402
Revere, MA 02151-2672

Nancy Mourtada, Michael Mullaney
Cecilia Corsino
388 Ocean Avenue
Unit # 714
Revere, MA 02151-2672

NATIONAL GRID ELECTRIC - HOUSE METERS
PO BOX 371396
PITTSBURGH, PA 15250-7396

NATIONAL GRID ELECTRIC - OTHER
PO BOX 371396
PITTSBURGH, PA 15250-7396
```

```
NATIONAL GRID GAS
PO BOX 371338
PITTSBURGH, PA 15250-7338

Nicholas Sklodowska-Johnson
Joshua Sklodowska-Johnson
388 Ocean Avenue
Unit # 1113
Revere, MA 02151-2672

Noreddine Harchaoui
Zouhir Benzizoune
388 Ocean Avenue
Unit # 1013
Revere, MA 02151-2672

NUTTER, MCCLENNEN & FISH, LLP
SEAPORT WEST
155 SEAPORT BLVD
BOSTON, MA 02210-2604

Oscar Florez-Realpe
388 Ocean Avenue
Unit # 306
Revere, MA 02151-2672

PARHAM POULADDEJ
355 WELLESLEY STREET
WESTON, MA 02493

Paul Bowers
Glenna Bowers
388 Ocean Avenue
Unit # 606
Revere, MA 02151-2672

Paulo Vieira
Maria E. Carrasco-Vieira
388 Ocean Avenue
Unit # 713
Revere, MA 02151-2672

Pinki Muslim
Rahmatullah Fatehzada
388 Ocean Avenue
Unit # 209
Revere, MA 02151-2672

PROXIMA MANAGEMENT
PO BOX 64
SWAMPSCOTT, MA 01907
```

Rafael Gomez
Dany Gomez
388 Ocean Avenue
Unit # 911
Revere, MA 02151-2672

Reda Moussaid, Jihane Moussaid
Mohammed Moussaid
388 Ocean Avenue
Unit # 1413
Revere, MA 02151-2672

REPUBLIC SERVICES
320-A CHARGER ST
REVERE, MA 02151

Ricardo Luis Vazquez Barrera
Rosa Rodas Garcia
388 Ocean Avenue
Unit # 902
Revere, MA 02151-2672

RUSSO, FRYE & ASSOCIATES, LLP
2 OLIVER ST
SUITE 612
BOSTON, MA 02109

S & N LOCK & KEY
42 THORPE RD
LYNN, MA 01905

Sanae Zerhouni
Ehab Hassan
388 Ocean Avenue
Unit # 206
Revere, MA 02151-2672

Sayeed Fazir Massoom
Claritza Yamilet Ramos
388 Ocean Avenue
Unit # 615
Revere, MA 02151-2672

SERVICE MAINTENANCE
200 PRATT ST
MERIDEN, CT 06450

Silvia Elias
Elena Martinez
388 Ocean Avenue
Unit # 310
Revere, MA 02151-2672

```
South Coast Improvement Company
13 Marconi Ln
Marion, MA 02738

SOUTHCOAST MOVING, STORATE AND PPTY MGMT
445-447 BOLTON ST
NEW BEDFORD, MA 02740

Spartak Myrto, Dorald Myrto
Bajram Myrto, Raimonda Myrto
388 Ocean Avenue
Unit # 210
Revere, MA 02151-2672

Stephanie Gil Cano
Kevin Medina
388 Ocean Avenue
Unit # 509
Revere, MA 02151-2672

STEVENSON CONSULTING
22 MORNINGSIDE DR
TEWKSBURY, MA 01876

Suriya Khan
MD Mijanur Rahman
388 Ocean Avenue
Unit # 502
Revere, MA 02151-2672

TECO'S TRASH REMOVAL
85 CENTRAL ST
SOMERVILLE, MA 02143

Ted Mistretta
Rosemarie Shields
388 Ocean Avenue
Unit # 811
Revere, MA 02151-2672

Thales Cesa
388 Ocean Avenue
Unit # 1204
Revere, MA 02151-2672

THE GUARD ALLIANCE
1401 WILLOW PASS RD
STE 1060
CONCORD, CA 94520

Thiago Santiago Ambrosio
Caroline Sposito Ambrosio
388 Ocean Avenue
Unit # 202
Revere, MA 02151-2672
```

```
TRIPLE M MOVERS
220-240 CUSHING ST
STOUGHTON, MA 02072

Utonneil Martin, Esaree Martin
Hueken Martin
388 Ocean Avenue
Unit # 415
Revere, MA 02151-2672

VALERE ARCHITECTS
102 ELM ST
M STE 8
WESTFIELD, MA 01085

Vladimir Balla
Florinda Balla
388 Ocean Avenue
Unit # 203
Revere, MA 02151-2672

WATER'S EDGE MANAGEMENT COMPANY, INC.
394 OCEAN AVE
Revere, MA 02151

WATERS EDGE MANAGEMENT
394 OCEAN AVE
REVERE, MA 02151

WILLIAMSON PUMP & MOTOR
334B CALEF HWY
EPPING, NH 03042

WSMD, INC
47 OLIVINE ST
CHICOPEE, MA 01013

Xhuljana Mance
Eqerem Mance
388 Ocean Avenue
Unit # 207
Revere, MA 02151-2672

Yashraj Swarnkar
Aditya Malviya
388 Ocean Avenue
Unit # 1114
Revere, MA 02151-2672

Yvan Nathanael Ngongang
Katherine Pierre-Valdez
388 Ocean Avenue
Unit # 407
Revere, MA 02151-2672
```

```
Yvgeniy  Pavlukhin
Alfina A. Karagulova
388 Ocean Avenue
Unit # 1212
Revere, MA 02151-2672

Zaineb Elouafi
Shivendra Thapa
388 Ocean Avenue
Unit # 603
Revere, MA 02151-2672

Zine Eddine Boulegroune
Lucia Boulegroune
388 Ocean Avenue
Unit # 1012
Revere, MA 02151-2672
```