**Fill in this information to identify the case:**

Debtor name    **Water's Edge Limited Partnership**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **24-12445-CJP**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $ **322,341.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $ **322,341.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **20,520,770.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **25,638,818.06**

4.  Total liabilities .........................................................................................
    Lines 2 + 3a + 3b                                                                                $ **46,159,588.06**

**Fill in this information to identify the case:**

Debtor name   **Water's Edge Limited Partnership**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **24-12445-CJP**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | **Checking** | **8358** | **$49,551.00** |
| 3.2. | **Citizens Bank** | **Money Market** | **7020** | **$3,506.00** |
| 3.3. | **Citizens Bank** | **Checking** | **0778** | **$609.00** |
| 3.4. | **Citizens Bank** | **Checking** | **6129** | **$2,748.00** |
| 3.5. | **Citizens Bank** | **Tenant - LMR** | **4536** | **$21,403.00** |
| 3.6. | **Citizens Bank** | **Tenant Security Deposits** | **7845** | **$73,491.00** |

| Debtor | **Water's Edge Limited Partnership** | | Case number *(If known)* **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.7. | TD Bank | Tenant Security Deposits | 3433 | | $8,774.00 |
| 3.8. | Berkshire Bank | Tenant Security Deposits | 9259 | | $72,706.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$232,788.00

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Retainer to Pullman & Comley, LLC | $15,000.00 |
|---|---|---|
| 8.2. | Retainer to Cohn, Rios & Wholly | $10,000.00 |

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$25,000.00

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 42,561.00 | - | Undetermined | $42,561.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 21,992.00 | - | Undetermined | $21,992.00 |
| | face amount | | doubtful or uncollectible accounts | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$64,553.00

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

| Debtor | **Water's Edge Limited Partnership** | Case number *(If known)* **24-12445-CJP** |
|---|---|---|
| | Name | |

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real property and improvements located at 364 Ocean Avenue, Revere, Suffolk County, Massachusetts located on approximately 1.97 acres of land.** | Fee simple | Unknown | N/A | Unknown |

| Debtor | **Water's Edge Limited Partnership** | | Case number *(If known)* **24-12445-CJP** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **Real property and improvements located at 370 Ocean Avenue, Revere, Suffolk County, Massachusetts located on approximately 1.180 acres of land.** | Fee simple | Unknown | N/A | Unknown |
| 55.3. | **Real property and improvements located at 388 Ocean Avenue, Revere, Suffolk County, Massachusetts located on approximately 1.800 acres of land.** | Fee simple | Unknown | N/A | Unknown |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.watersedgereverebeach.com | **$0.00** | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

| Debtor | **Water's Edge Limited Partnership** | Case number *(If known)* **24-12445-CJP** |
|---|---|---|
| | Name | |

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☑ No
- ☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.**  **Notes receivable**<br>Description (include name of obligor) | |
| **72.**  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**  **Interests in insurance policies or annuities**<br>**GNY Custom Insurance Company COMMERCIAL**<br>**GENERAL LIABILITY** | **Unknown** |
| **Wesco Insurance Company AUTOMOBILE LIABILITY** | **Unknown** |
| **Fireman's Fund Insurance Company Excess**<br>**Commercial LIAB** | **Unknown** |
| **Travelers Casualty and Surety Company of America**<br>**Commercial Crime** | **Unknown** |
| **74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Claims for property damage and lost revenue caused by the fire occurring at 370 Ocean Avenue, Revere on June 21, 2022.** | **Unknown** |

| Nature of claim | **Insurance Claim** |
|---|---|
| Amount requested | Undetermined |

| Debtor | **Water's Edge Limited Partnership** | | Case number *(If known)* **24-12445-CJP** |
| | Name | | |

| | | |
|---|---|---|
| **Claims for property damage and lost revenue caused by flood at 364 Ocean Avenue on 11/17/2022.** | | **Unknown** |
| Nature of claim | **Insurance Claim** | |
| Amount requested | Undetermined | |

| | | |
|---|---|---|
| **Claims for property damage and lost revenue caused by flood occurring at 370 Ocean Avenue, Revere on 2/13/2021.** | | **Unknown** |
| Nature of claim | **Insurance Claim** | |
| Amount requested | Undetermined | |

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                    **$0.00**

      Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Debtor    **Water's Edge Limited Partnership**                    Case number *(If known)*  **24-12445-CJP**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $232,788.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $64,553.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $322,341.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $322,341.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name  **Water's Edge Limited Partnership** |
| United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS |
| Case number (if known)   **24-12445-CJP** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

### 2.1 CITY OF REVERE

| | | | |
|---|---|---|---|
| **CITY OF REVERE**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Real property and improvements located at 370 Ocean Avenue, Revere, Suffolk County, Massachusetts located on approximately 1.180 acres of land.** | **$832,937.00** | **Unknown** |

**281 BROADWAY
Collector of Taxes
Cathy D. Bowen
REVERE, MA 02151**
Creditor's mailing address

Describe the lien
**Municipal Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
19-Dec-24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

### 2.2 CITY OF REVERE

| | | | |
|---|---|---|---|
| **CITY OF REVERE**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Real property and improvements located at 388 Ocean Avenue, Revere, Suffolk County, Massachusetts located on approximately 1.800 acres of land.** | **$2,057,713.00** | **Unknown** |

**281 BROADWAY
Collector of Taxes
Cathy D. Bowen
REVERE, MA 02151**
Creditor's mailing address

Describe the lien
**Municipal Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
19-Dec-24**
**Last 4 digits of account number**

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **CITY OF REVERE** | **Describe debtor's property that is subject to a lien** | **$944,636.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**281 BROADWAY**
**Collector of Taxes**
**Cathy D. Bowen**
**REVERE, MA 02151**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real property and improvements located at 364 Ocean Avenue, Revere, Suffolk County, Massachusetts located on approximately 1.97 acres of land.**

**Describe the lien**
**Municipal Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**19-Dec-24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **DIV OA Lender, LLC** | **Describe debtor's property that is subject to a lien** | **$16,685,484.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**c/o THE DAVIS GROUP**
**Attn: Jessica Powell, Esq.**
**125 High Street**
**BOSTON, MA 02110**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real property and improvements located at 364, 370, and 388 Ocean Avenue, Revere, Suffolk County, Massachusetts**

**Describe the lien**
**Mortgage and Term Note**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/27/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$20,520,770.00** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **John Monaghan, Esq.**<br>**Holland & Knight LLP**<br>**10 St. James Ave.**<br>**11th Floor**<br>**Boston, MA 02116** | Line  **2.4** | |

**Fill in this information to identify the case:**

Debtor name    **Water's Edge Limited Partnership**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **24-12445-CJP**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**CITY OF REVERE**<br>**281 BROADWAY**<br>**Collector of Taxes**<br>**Cathy D. Bowen**<br>**REVERE, MA 02151** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**REAL ESTATE TAXES** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Massachusetts Department of Revenue**
**Bankruptcy Unit**
**PO Box 7090**
**Boston, MA 02204-7090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,890.00** |
|---|---|---|---|

**A & K PLUMBING AND HEATING INC**
**721 HUMPHREY ST**
**SWAMPSCOTT, MA 01907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,000.00** |
|---|---|---|---|

**AFA PROTECTIVE SYSTEMS, INC**
**155 MICHAEL DRIVE**
**SYOSSET, NY 11791**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,062.00** |
|---|---|---|---|

**AFFORDABLE MOLD AND DUCT CLEANING**
**22 GATES STREET**
**FRAMINGHAM, MA 01702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$752.00** |
|---|---|---|---|

**AIREX FILTER**
**17 EXECUTIVE DR**
**HUDSON, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154,733.00** |
|---|---|---|---|

**ALLIANT INSURANCE SERVICES INC**
**P.O. BOX 744912**
**Los Angeles, CA 90074-4912**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,590.00** |
|---|---|---|---|

**B & B PEST CONTROL**
**271 WESTERN AVE**
**SUITE 115**
**LYNN, MA 01904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283,611.00** |
|---|---|---|---|

**BAYSTATE PROPERTY MANAGEMENT**
**200 PRATT ST**
**MERIDEN, CT 06450**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt (affiliate)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.00** |
|---|---|---|---|

**BBE CORPORATION - BUCKLEY ELEVATOR**
**P.O. BOX 925**
**SALEM, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,185.00** |
|---|---|---|---|

**BIGELOW ELECTRIC CO., INC**
**28 TOWN FOREST RD**
**SUITE 1 P.O BOX 398**
**WEBSTER, MA 01570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272,123.00** |
|---|---|---|---|

**BROWN RUDNICK, LLP**
**ONE FINANCIAL CENTER**
**BOSTON, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BUDGET OVERHEAD DOOR**
**P.O. BOX 4343**
**Peabody, MA 01961**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,569,617.00** |
|---|---|---|---|

**CARABETTA ENTERPRISES, INC.**
**200 PRATT ST**
**MERIDEN, CT 06450**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt (affiliate)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
| --- | --- | --- | --- |
| | Name | | |

**3.13** | Nonpriority creditor's name and mailing address

**CARPETS PLUS, INC**
**91 GEORGE LEVEN DRIVE**
**NORTH ATTLEBORO, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,797.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**CITY OF REVERE**
**Water & Sewer Department**
**281 BROADWAY**
**REVERE, MA 02151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Undetermined**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15** | Nonpriority creditor's name and mailing address

**CITY OF REVERE**
**281 Broadway**
**Revere, MA 02151-5027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Undetermined**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address

**CMC AND AFFILIATES HEALTH CARE**
**200 PRATT ST**
**MERIDEN, CT 06450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt (affiliate)**

Is the claim subject to offset? ■ No ☐ Yes

**$487,450.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**CMC SUPPLIES INVENTORY**
**P.O. BOX 724**
**MERIDEN, CT 06450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt (affiliate)**

Is the claim subject to offset? ■ No ☐ Yes

**$2,081.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**COASTAL CARPET**
**30 ROBERT W BOYDEN RD**
**STE B700-800**
**TAUNTON, MA 02780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,390.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**COMBUSTION POWER EQUIPMENT, INC**
**200 PRATT ST**
**MERIDEN, CT 06450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt (affiliate)**

Is the claim subject to offset? ■ No ☐ Yes

**$33,345.00**

---

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.20**

Nonpriority creditor's name and mailing address
**COMCAST**
**P.O. BOX 70219**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.21**

Nonpriority creditor's name and mailing address
**CONSTABLE OFFICE OF DESROSIERS & ASSOC,**
**35 MADISON AVE**
**SUITE 1**
**CAMBRIDGE, MA 02140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,625.00**

---

**3.22**

Nonpriority creditor's name and mailing address
**DANIEL R. LONG, CONSTABLES**
**33 BATEMAN ST**
**ROSLINDALE, MA 02131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.23**

Nonpriority creditor's name and mailing address
**DENTERLEIN**
**3 POST OFFICE SQ**
**SUITE 701**
**BOSTON, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,500.00**

---

**3.24**

Nonpriority creditor's name and mailing address
**DOMAIN NETWORKS**
**P.O. BOX 1280**
**HENDERSONVILLE, NC 28793**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

**3.25**

Nonpriority creditor's name and mailing address
**DUSTBUSTERS**
**90 HAYSTACK RD**
**READING, MA 01867**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,076.00**

---

**3.26**

Nonpriority creditor's name and mailing address
**ENVIRONMENTAL DESIGN ENGINEERING CORP IN**
**135 BEAVER ST**
**SUITE 404**
**WALTHAM, MA 02452**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$88,900.00**

---

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.27**   Nonpriority creditor's name and mailing address

**EVELYN M. CARABETTA**
**200 Pratt Street**
**Meriden, CT 06450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Expenses__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.28**   Nonpriority creditor's name and mailing address

**FIRST INSURANCE FUNDING**
**450 SKOKIE BLVD STE 1000**
**NORTHBROOK, IL 60062-7917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$121,503.00**

---

**3.29**   Nonpriority creditor's name and mailing address

**GRAINGER**
**124 UNIVERSAL DR**
**NORTH HAVEN, CT 06473-3630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,900.00**

---

**3.30**   Nonpriority creditor's name and mailing address

**HENSON FIRE**
**PO BOX 560057**
**MEDFORD, MA 02156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$8,615.00**

---

**3.31**   Nonpriority creditor's name and mailing address

**HEXATRAC OF BOSTON, INC**
**271-B SALEM ST**
**WOBURN, MA 01801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,280.00**

---

**3.32**   Nonpriority creditor's name and mailing address

**HOME DEPOT CREDIT SERVICES**
**PO BOX 70293**
**Philadelphia, PA 19176-0293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$5,146.00**

---

**3.33**   Nonpriority creditor's name and mailing address

**INTREPID**
**200 NORTH ST**
**NEW BEDFORD, MA 02740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$22,275.00**

---

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168,500.00** |

**JENSEN HUGHES**
**ONE RESEARCH DR**
**SUITE 305C**
**WESTBOROUGH, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$920.00** |

**JOHN'S SEWER & DRAIN**
**4 BREED AVE**
**WOBURN, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Joseph F. Carabetta
200 Pratt Street
MERIDEN, CT 06450

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,291.00** |

**JUNCTION MECHANICAL**
**588 PLEASANT ST**
**UNIT 6**
**NORWOOD, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |

**M CLEANING & PAINTING**
**PO BOX 35756**
**BRIGHTON, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,327.00** |

**MAGUIRE EQUIPMENT**
**18 WOLCOTT ST**
**HYDE PARK, MA 02136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,610.06** |

**MAMMOTH FIRE PROTECTION SYSTEMS**
**INC**
**176 WALKER ST**
**LOWELL, MA 01854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,595.00 |
|---|---|---|---|

**MERRIFIELD PAINT**
**47 INWOOD RD**
**ROCKY HILL, CT 06067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,760.00 |
|---|---|---|---|

**MILHARMER ASSOCIATES INC**
**534 NEW STATE HIGHWAY**
**STE 3**
**RAYNHAM, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505,261.00 |
|---|---|---|---|

**NATIONAL GRID ELECTRIC - HOUSE**
**METERS**
**PO BOX 371396**
**PITTSBURGH, PA 15250-7396**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.00 |
|---|---|---|---|

**NATIONAL GRID ELECTRIC - OTHER**
**PO BOX 371396**
**PITTSBURGH, PA 15250-7396**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487,881.00 |
|---|---|---|---|

**NATIONAL GRID GAS**
**PO BOX 371338**
**PITTSBURGH, PA 15250-7338**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.00 |
|---|---|---|---|

**NUTTER, MCCLENNEN & FISH, LLP**
**SEAPORT WEST**
**155 SEAPORT BLVD**
**BOSTON, MA 02210-2604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|---|---|---|---|

**PARHAM POULADDEJ**
**355 WELLESLEY STREET**
**WESTON, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Water's Edge Limited Partnership** | | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|---|
| | Name | | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$590.00** |
|---|---|---|---|
| | **PROXIMA MANAGEMENT**<br>**PO BOX 64**<br>**SWAMPSCOTT, MA 01907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,938.00** |
|---|---|---|---|
| | **REPUBLIC SERVICES**<br>**320-A CHARGER ST**<br>**REVERE, MA 02151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,562.00** |
|---|---|---|---|
| | **RUSSO, FRYE & ASSOCIATES, LLP**<br>**2 OLIVER ST**<br>**SUITE 612**<br>**BOSTON, MA 02109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Professional services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$867.00** |
|---|---|---|---|
| | **S & N LOCK & KEY**<br>**42 THORPE RD**<br>**LYNN, MA 01905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334,174.00** |
|---|---|---|---|
| | **SERVICE MAINTENANCE**<br>**200 PRATT ST**<br>**MERIDEN, CT 06450** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt (affiliate)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,396.00** |
|---|---|---|---|
| | **South Coast Improvement Company**<br>**13 Marconi Ln**<br>**Marion, MA 02738** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|
| | **SOUTHCOAST MOVING, STORATE AND**<br>**PPTY MGMT**<br>**445-447 BOLTON ST**<br>**NEW BEDFORD, MA 02740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,895.00** |
|---|---|---|---|

**STEVENSON CONSULTING**
**22 MORNINGSIDE DR**
**TEWKSBURY, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**TECO'S TRASH REMOVAL**
**85 CENTRAL ST**
**SOMERVILLE, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,618.00** |
|---|---|---|---|

**THE GUARD ALLIANCE**
**1401 WILLOW PASS RD**
**STE 1060**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**TRIPLE M MOVERS**
**220-240 CUSHING ST**
**STOUGHTON, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,100.00** |
|---|---|---|---|

**VALERE ARCHITECTS**
**102 ELM ST**
**M STE 8**
**WESTFIELD, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,042,632.00** |
|---|---|---|---|

**WATERS EDGE MANAGEMENT**
**394 OCEAN AVE**
**REVERE, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Management fees (affiliate)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,710.00** |
|---|---|---|---|

**WILLIAMSON PUMP & MOTOR**
**334B CALEF HWY**
**EPPING, NH 03042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WSMD, INC**
**47 OLIVINE ST**
**CHICOPEE, MA 01013**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 25,638,818.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 25,638,818.06 |

**Fill in this information to identify the case:**

Debtor name    **Water's Edge Limited Partnership**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **24-12445-CJP**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Contract dated 03/14/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AFA PROTECTIVE SYSTEMS, INC<br>155 MICHAEL DRIVE<br>SYOSSET, NY 11791** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Residential Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aissato Ba<br>Alioune Badara Fall<br>388 Ocean Avenue<br>Unit # 313<br>Revere, MA 02151-2672** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Residential Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aleksy Hernandez<br>Sindy Andasol<br>388 Ocean Avenue<br>Unit # 1414<br>Revere, MA 02151-2672** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Residential Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alexander Zvonok<br>Halina Zvonok<br>388 Ocean Avenue<br>Unit # 710<br>Revere, MA 02151-2672** |

| Debtor 1 | **Water's Edge Limited Partnership** | | Case number *(if known)* | **24-12445-CJP** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Alpana Banerjee**<br>**388 Ocean Avenue**<br>**Unit # 307**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Amr Mohamed**<br>**388 Ocean Avenue**<br>**Unit # 510**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Andres Felipe Ochoa Serna**<br>**Yury Vanesa Giron Tapiero**<br>**388 Ocean Avenue**<br>**Unit # 802**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Antonio Soares-Smolinski**<br>**388 Ocean Avenue**<br>**Unit # 506**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Armela Sinjari, Thanas Sinjari**<br>**Kristel Sinjari**<br>**388 Ocean Avenue**<br>**Unit # 813**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Water's Edge Limited Partnership** | | Case number (*if known*) | **24-12445-CJP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Service Contracts for service address 364, 370, and 388 Ocean Ave., Revere MA** |
| State the term remaining | **B & B PEST CONTROL**<br>**271 WESTERN AVE**<br>**SUITE 115** |
| List the contract number of any government contract | **LYNN, MA 01904** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Elevator Maintenance Agreements re Passenger Elevators located at 364, 370, and 388 Ocean Avenue** |
| State the term remaining | **BBE CORPORATION - BUCKLEY ELEVATOR**<br>**P.O. BOX 925** |
| List the contract number of any government contract | **SALEM, MA 01970** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Bensalah Atochy**<br>**Mariam El Fadili**<br>**388 Ocean Avenue** |
| List the contract number of any government contract | **Unit # 812**<br>**Revere, MA 02151-2672** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Bryce Sims**<br>**388 Ocean Avenue** |
| List the contract number of any government contract | **Unit # 303**<br>**Revere, MA 02151-2672** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Calvin Tuan Do**<br>**Trang T. Mai**<br>**388 Ocean Avenue** |
| List the contract number of any government contract | **Unit # 308**<br>**Revere, MA 02151-2672** |

Debtor 1   **Water's Edge Limited Partnership**                                    Case number (*if known*)   **24-12445-CJP**
         First Name         Middle Name         Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Carlos Arteaga, Claudia Munoz**<br>**Mateo Arteaga**<br>**388 Ocean Avenue**<br>**Unit # 503** |
| List the contract number of any government contract | **Revere, MA 02151-2672** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Catalina Arango**<br>**388 Ocean Avenue**<br>**Unit # 901** |
| List the contract number of any government contract | **Revere, MA 02151-2672** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Chelsea Bishop**<br>**Timothy Wilkinson**<br>**388 Ocean Avenue**<br>**Unit # 1214** |
| List the contract number of any government contract | **Revere, MA 02151-2672** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Darlene Raymond, Thoskanie C. Jean Franc**<br>**Panosky Jean-Louis**<br>**388 Ocean Avenue**<br>**Unit # 602** |
| List the contract number of any government contract | **Revere, MA 02151-2672** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **David Hirtle**<br>**Kathleen Nolan**<br>**388 Ocean Avenue**<br>**Unit # 1004** |
| List the contract number of any government contract | **Revere, MA 02151-2672** |

| Debtor 1 | **Water's Edge Limited Partnership** | | Case number (*if known*) | **24-12445-CJP** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
|---|---|---|
| | State the term remaining | **David Ravalli**<br>**388 Ocean Avenue**<br>**Unit # 702**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
|---|---|---|
| | State the term remaining | **Demis Abata**<br>**Alemtsehay Girma**<br>**388 Ocean Avenue**<br>**Unit # 413**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
|---|---|---|
| | State the term remaining | **Diana Gonzalez**<br>**388 Ocean Avenue**<br>**Unit # 1002**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
|---|---|---|
| | State the term remaining | **Dianne Lamonica**<br>**388 Ocean Avenue**<br>**Unit # 804**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
|---|---|---|
| | State the term remaining | **Diego Contreraz**<br>**Taya Laurimer**<br>**388 Ocean Avenue**<br>**Unit # 314**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | |

Debtor 1   **Water's Edge Limited Partnership**                                    Case number (*if known*)   **24-12445-CJP**
           First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement - Contract For Services executed December 23, 2022** | |
| State the term remaining | |
| List the contract number of any government contract | **DUSTBUSTERS<br>90 HAYSTACK RD<br>READING, MA 01867** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Edgar Arenas, Guadaloupe Nivarro<br>Alberto Ortiz aka. Albert Madina<br>388 Ocean Avenue<br>Unit # 309<br>Revere, MA 02151-2672** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Eduardo De Oliveira<br>Antonio Soares<br>388 Ocean Avenue<br>Unit # 1213<br>Revere, MA 02151-2672** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **El Mehdi Charani<br>388 Ocean Avenue<br>Unit # 1513<br>Revere, MA 02151-2672** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Eqerm Mance, Bashkim Mance<br>Marsuel Mance<br>388 Ocean Avenue<br>Unit # 410<br>Revere, MA 02151-2672** |

Debtor 1   **Water's Edge Limited Partnership**

First Name     Middle Name     Last Name

Case number (*if known*)   **24-12445-CJP**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Erica Elaine Diaz** |
| | | | **388 Ocean Avenue** |
| | List the contract number of any government contract | | **Unit # 914** |
| | | | **Revere, MA 02151-2672** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Fei Ren** |
| | | | **Hoaofeng Xu** |
| | | | **388 Ocean Avenue** |
| | List the contract number of any government contract | | **Unit # 701** |
| | | | **Revere, MA 02151-2672** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Felix Balda Mujica** |
| | | | **Nestor Perez Balda** |
| | | | **388 Ocean Avenue** |
| | List the contract number of any government contract | | **Unit # 409** |
| | | | **Revere, MA 02151-2672** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Felix Soto** |
| | | | **Maritza Londono** |
| | | | **388 Ocean Avenue** |
| | List the contract number of any government contract | | **Unit # 703** |
| | | | **Revere, MA 02151-2672** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Gabriel De Almeida** |
| | | | **Fabiano Latham** |
| | | | **388 Ocean Avenue** |
| | List the contract number of any government contract | | **Unit # 1314** |
| | | | **Revere, MA 02151-2672** |

Debtor 1   **Water's Edge Limited Partnership**                                    Case number (*if known*)   **24-12445-CJP**
 　　　　　First Name　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | **Gina Mirela Mustata**<br>**388 Ocean Avenue**<br>**Unit # 609**<br>**Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | **Giovanna Queiroz Silva Campos**<br>**Gislene Soares De Queiroz E Silva**<br>**388 Ocean Avenue**<br>**Unit # 403**<br>**Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | **Greta Sfeci**<br>**388 Ocean Avenue**<br>**Unit # 408**<br>**Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | **Haifeng Weng**<br>**388 Ocean Avenue**<br>**Unit # 905**<br>**Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining | **Hesein Mehic**<br>**Suada Mehic**<br>**388 Ocean Avenue**<br>**Unit # 401**<br>**Revere, MA 02151-2672** |
| List the contract number of any government contract | |

| Debtor 1 | **Water's Edge Limited Partnership** | | | Case number (*if known*)   **24-12445-CJP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Hocine Benzohra**<br>**Fatima Mekamene**<br>**388 Ocean Avenue**<br>**Unit # 208**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ilhan Ozcan**<br>**388 Ocean Avenue**<br>**Unit # 1102**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Contract dated January 9, 2024** | |
|---|---|---|---|
| | State the term remaining | | **INTREPID INVESTMENTS LLC**<br>**34 Day Street**<br>**Norwood, MA 02062** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jessica Bezerra Enes**<br>**Benjamin Hafizovic**<br>**388 Ocean Avenue**<br>**Unit # 514**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jorge Sorto**<br>**388 Ocean Avenue**<br>**Unit # 904**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Water's Edge Limited Partnership** | | Case number (*if known*) | **24-12445-CJP** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease**

Jorge Soto
388 Ocean Avenue
Unit # 1201
Revere, MA 02151-2672

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease**

Jose Sorto
Heidi Arely Alarcon-Sorto
388 Ocean Avenue
Unit # 301
Revere, MA 02151-2672

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease**

Josephine Muthemba
John Gitau
388 Ocean Avenue
Unit # 613
Revere, MA 02151-2672

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease**

Julian Quintero
Sandra Arias
388 Ocean Avenue
Unit # 302
Revere, MA 02151-2672

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease**

Karim Slami
388 Ocean Avenue
Unit # 501
Revere, MA 02151-2672

Debtor 1    **Water's Edge Limited Partnership**

First Name          Middle Name          Last Name                    Case number (*if known*)   **24-12445-CJP**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lahcen Ifkirne**<br>**Meriem Abounaim**<br>**388 Ocean Avenue**<br>**Unit # 610**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Laura Soto**<br>**Daniel Velez Vanegas**<br>**388 Ocean Avenue**<br>**Unit # 1313**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Liliana Maria Roldan**<br>**Diana Marcella Tobon Vasquez**<br>**388 Ocean Avenue**<br>**Unit # 1014**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lunecee Eligene**<br>**388 Ocean Avenue**<br>**Unit # 912**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Manisha Ducasse**<br>**Elise Michelle Ngo Mbock**<br>**388 Ocean Avenue**<br>**Unit # 214**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

Debtor 1    **Water's Edge Limited Partnership**                                    Case number (*if known*)    **24-12445-CJP**
_____  _____
First Name    Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Marcos Espinosa**<br>**Erica Ellena Garcia**<br>**388 Ocean Avenue**<br>**Unit # 515**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Maria Rezende**<br>**388 Ocean Avenue**<br>**Unit # 1402**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Marlene LaBella**<br>**Marlene Matus**<br>**388 Ocean Avenue**<br>**Unit # 315**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Valuation Services** | |
|---|---|---|---|
| | State the term remaining | | **MAROTTA VALUATION ADVISORS, INC**<br>**260 Bear Hill Rd**<br>**Ste 106**<br>**Waltham, MA 02451** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mary Connolly**<br>**388 Ocean Avenue**<br>**Unit # 805**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Water's Edge Limited Partnership** | | Case number (*if known*) | **24-12445-CJP** |
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.60.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Mauricio Medina**<br>**Lina Restrepo**<br>**388 Ocean Avenue**<br>**Unit # 814**<br>**Revere, MA 02151-2672** |
| **2.61.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Mehman Abdulsalmov**<br>**388 Ocean Avenue**<br>**Unit # 1011**<br>**Revere, MA 02151-2672** |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Michael Sean Harris**<br>**388 Ocean Avenue**<br>**Unit # 706**<br>**Revere, MA 02151-2672** |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Miloud Hraiba**<br>**Rabia Elouardi**<br>**388 Ocean Avenue**<br>**Unit # 406**<br>**Revere, MA 02151-2672** |
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Minoo Gharagozly**<br>**388 Ocean Avenue**<br>**Unit # 1215**<br>**Revere, MA 02151-2672** |

| Debtor 1 | **Water's Edge Limited Partnership** | | Case number *(if known)* | **24-12445-CJP** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mohamed Hamacha** |
| | | | **Mounira Medjahdi** |
| | List the contract number of any government contract | | **388 Ocean Avenue** |
| | | | **Unit # 414** |
| | | | **Revere, MA 02151-2672** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mohamed Zyade** |
| | | | **Rachida Fergaoui** |
| | List the contract number of any government contract | | **388 Ocean Avenue** |
| | | | **Unit # 1005** |
| | | | **Revere, MA 02151-2672** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mohammad Qasim Butt** |
| | | | **Amina Butt** |
| | List the contract number of any government contract | | **388 Ocean Avenue** |
| | | | **Unit # 213** |
| | | | **Revere, MA 02151-2672** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Muhamma Ahmed Taibah** |
| | | | **388 Ocean Avenue** |
| | List the contract number of any government contract | | **Unit # 402** |
| | | | **Revere, MA 02151-2672** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Nancy Mourtada, Michael Mullaney** |
| | | | **Cecilia Corsino** |
| | List the contract number of any government contract | | **388 Ocean Avenue** |
| | | | **Unit # 714** |
| | | | **Revere, MA 02151-2672** |

Debtor 1   **Water's Edge Limited Partnership**

First Name          Middle Name          Last Name

Case number (*if known*)   **24-12445-CJP**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.70.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Lease**

State the term remaining

List the contract number of any government contract

Nicholas Sklodowska-Johnson
Joshua Sklodowska-Johnson
388 Ocean Avenue
Unit # 1113
Revere, MA 02151-2672

**2.71.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Lease**

State the term remaining

List the contract number of any government contract

Noreddine Harchaoui
Zouhir Benzizoune
388 Ocean Avenue
Unit # 1013
Revere, MA 02151-2672

**2.72.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Lease**

State the term remaining

List the contract number of any government contract

Oscar Florez-Realpe
388 Ocean Avenue
Unit # 306
Revere, MA 02151-2672

**2.73.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Lease**

State the term remaining

List the contract number of any government contract

Paul Bowers
Glenna Bowers
388 Ocean Avenue
Unit # 606
Revere, MA 02151-2672

**2.74.** State what the contract or lease is for and the nature of the debtor's interest

**Residential Lease**

State the term remaining

List the contract number of any government contract

Paulo Vieira
Maria E. Carrasco-Vieira
388 Ocean Avenue
Unit # 713
Revere, MA 02151-2672

| Debtor 1 | **Water's Edge Limited Partnership** | | | Case number (*if known*) | **24-12445-CJP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Pinki Muslim<br>Rahmatullah Fatehzada<br>388 Ocean Avenue<br>Unit # 209<br>Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Rafael Gomez<br>Dany Gomez<br>388 Ocean Avenue<br>Unit # 911<br>Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Reda Moussaid, Jihane Moussaid<br>Mohammed Moussaid<br>388 Ocean Avenue<br>Unit # 1413<br>Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Ricardo Luis Vazquez Barrera<br>Rosa Rodas Garcia<br>388 Ocean Avenue<br>Unit # 902<br>Revere, MA 02151-2672** |
| List the contract number of any government contract | |
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Sanae Zerhouni<br>Ehab Hassan<br>388 Ocean Avenue<br>Unit # 206<br>Revere, MA 02151-2672** |
| List the contract number of any government contract | |

Debtor 1    **Water's Edge Limited Partnership**                                                    Case number (*if known*)    **24-12445-CJP**

First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.80.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining

List the contract number of any government contract

**Sayeed Fazir Massoom
Claritza Yamilet Ramos
388 Ocean Avenue
Unit # 615
Revere, MA 02151-2672**

**2.81.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining

List the contract number of any government contract

**Silvia Elias
Elena Martinez
388 Ocean Avenue
Unit # 310
Revere, MA 02151-2672**

**2.82.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining

List the contract number of any government contract

**Spartak Myrto, Dorald Myrto
Bajram Myrto, Raimonda Myrto
388 Ocean Avenue
Unit # 210
Revere, MA 02151-2672**

**2.83.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining

List the contract number of any government contract

**Stephanie Gil Cano
Kevin Medina
388 Ocean Avenue
Unit # 509
Revere, MA 02151-2672**

**2.84.** State what the contract or lease is for and the nature of the debtor's interest — **Contract dated January 10, 2024**

State the term remaining

List the contract number of any government contract

**STEVENSON CONSULTING
22 MORNINGSIDE DR
TEWKSBURY, MA 01876**

Debtor 1   **Water's Edge Limited Partnership**                                    Case number (*if known*)   **24-12445-CJP**

First Name          Middle Name          Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Suriya Khan**<br>**MD Mijanur Rahman**<br>**388 Ocean Avenue**<br>**Unit # 502**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ted Mistretta**<br>**Rosemarie Shields**<br>**388 Ocean Avenue**<br>**Unit # 811**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Thales Cesa**<br>**388 Ocean Avenue**<br>**Unit # 1204**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Thiago Santiago Ambrosio**<br>**Caroline Sposito Ambrosio**<br>**388 Ocean Avenue**<br>**Unit # 202**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Utonneil Martin, Esaree Martin**<br>**Hueken Martin**<br>**388 Ocean Avenue**<br>**Unit # 415**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

Debtor 1   **Water's Edge Limited Partnership**                                            Case number (*if known*)   **24-12445-CJP**
          First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Contract dated February 15, 2024** | |
|---|---|---|---|
| | State the term remaining | | **VALERE ARCHITECTS**<br>**102 ELM ST**<br>**M STE 8**<br>**WESTFIELD, MA 01085** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Vladimir Balla**<br>**Florinda Balla**<br>**388 Ocean Avenue**<br>**Unit # 203**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **WATER'S EDGE MANAGEMENT COMPANY, INC.**<br>**394 OCEAN AVE**<br>**Revere, MA 02151** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Xhuljana Mance**<br>**Eqerem Mance**<br>**388 Ocean Avenue**<br>**Unit # 207**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | | **Yashraj Swarnkar**<br>**Aditya Malviya**<br>**388 Ocean Avenue**<br>**Unit # 1114**<br>**Revere, MA 02151-2672** |
| | List the contract number of any government contract | | |

Debtor 1   **Water's Edge Limited Partnership**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **24-12445-CJP**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.95.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Yvan Nathanael Ngongang**<br>**Katherine Pierre-Valdez**<br>**388 Ocean Avenue**<br>**Unit # 407**<br>**Revere, MA 02151-2672** |
| 2.96.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Yvgeniy  Pavlukhin**<br>**Alfina A. Karagulova**<br>**388 Ocean Avenue**<br>**Unit # 1212**<br>**Revere, MA 02151-2672** |
| 2.97.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Zaineb Elouafi**<br>**Shivendra Thapa**<br>**388 Ocean Avenue**<br>**Unit # 603**<br>**Revere, MA 02151-2672** |
| 2.98.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease**<br><br>**Zine Eddine Boulegroune**<br>**Lucia Boulegroune**<br>**388 Ocean Avenue**<br>**Unit # 1012**<br>**Revere, MA 02151-2672** |

| Fill in this information to identify the case: |
|---|

Debtor name **Water's Edge Limited Partnership**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **24-12445-CJP**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Carabetta Enterprises, Inc.** | **200 PRATT ST MERIDEN, CT 06450** | **DIV OA Lender, LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Carabetta Management Company** | **200 PRATT ST MERIDEN, CT 06450** | **DIV OA Lender, LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Joseph F. Carabetta** | **200 Pratt Street MERIDEN, CT 06450** | **DIV OA Lender, LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Water's Edge Limited Partnership** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **24-12445-CJP** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,312,806.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,689,963.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,928,371.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Water's Edge Limited Partnership** | | Case number *(if known)* | **24-12445-CJP** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **A & K PLUMBING AND HEATING INC**<br>**721 HUMPHREY ST**<br>**SWAMPSCOTT, MA 01907** | 9/10/2024<br>10/1/2024 | $24,040.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **BBE CORPORATION - BUCKLEY ELEVATOR**<br>**P.O. BOX 925**<br>**SALEM, MA 01970** | 11/25/2024<br>11/25/2024 | $262,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **CITY OF REVERE**<br>**281 BROADWAY**<br>**Collector of Taxes**<br>**Cathy D. Bowen**<br>**REVERE, MA 02151** | 9/10/2024<br>9/11/2024<br>9/13/2024<br>9/18/2024<br>9/21/2024<br>9/24/2024<br>10/1/2024<br>11/25/2024 | $7,638.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Permits and fees** |
| 3.4. **Diane Moribito**<br>**9 Thomas St.**<br>**Unit C1**<br>**Saugus, MA 01906** | 9/26/2024<br>11/25/2024<br>12/3/2024 | $16,281.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **DUSTBUSTERS**<br>**90 HAYSTACK RD**<br>**READING, MA 01867** | 10/9/2024<br>11/21/2024 | $16,464.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **FIRST INSURANCE FUNDING**<br>**450 SKOKIE BLVD STE 1000**<br>**NORTHBROOK, IL 60062-7917** | 9/20/2024<br>10/17/2024 | $107,972.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **HOME DEPOT CREDIT SERVICES**<br>**PO BOX 70293**<br>**Philadelphia, PA 19176-0293** | 9/11/2024<br>9/13/2024<br>10/8/2024<br>10/15/2024<br>10/22/2024<br>10/25/2024<br>11/26/2024 | $8,263.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **JUNCTION MECHANICAL**<br>**588 PLEASANT ST**<br>**UNIT 6**<br>**NORWOOD, MA 02062** | 11/15/2024 | $12,642.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Water's Edge Limited Partnership** | | Case number *(if known)* **24-12445-CJP** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **NATIONAL GRID** PO BOX 371396 PITTSBURGH, PA 15250-7396 | 9/19/2024 10/3/2024 9/26/2024 10/4/2024 10/14/2024 10/22/2024 10/22/2024 11/18/2024 | $94,424.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.10. **REPUBLIC SERVICES** 320-A CHARGER ST REVERE, MA 02151 | 9/16/2024 11/7/2024 11/26/2024 | $23,670.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.11. **REVERE FIRE DEPARTMENT** 400 BROADWAY REVERE, MA 02151 | 10/1/2024 | $59,550.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.12. **RUSSO, FRYE & ASSOCIATES, LLP** 2 OLIVER ST SUITE 612 BOSTON, MA 02109 | 10/9/2024 11/5/2024 | $28,342.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.13. **RYBO Corp** 101 Converse Ave Malden, MA 02148 | 10/9/2024 | $41,400.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. **THE GUARD ALLIANCE** 1401 WILLOW PASS RD STE 1060 CONCORD, CA 94520 | 10/23/2024 | $34,618.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Water's Edge Limited Partnership**                                    Case number *(if known)*  **24-12445-CJP**

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
    may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **CEI Vending**<br>**200 Pratt Street**<br>**Meriden, CT 06450**<br>**Affliliate** | **8/13/2024**<br>**11/12/2024** | **$50,000.00** | **Loan repayment** |
| 4.2.  **EVELYN M. CARABETTA**<br>**200 Pratt Street**<br>**Meriden, CT 06450**<br>**Sole Member and Manager of Gen Ptr,**<br>**Sole Ltd Ptr of Debtor** | **1/16/2024**<br>**1/18/2024**<br>**2/6/2024**<br>**3/5/2024**<br>**8/21/2024**<br>**11/7/2024**<br>**4/2/2024**<br>**11/7/2024**<br>**7/15/2024**<br>**8/12/2024**<br>**9/24/2024**<br>**1/25/2024**<br>**5/21/2024**<br>**9/10/2024**<br>**11/7/2024**<br>**1/18/2024**<br>**4/18/2024**<br>**6/7/2024**<br>**7/10/2024**<br>**7/24/2024**<br>**11/30/2024** | **$16,407.00** | **Reimbursement of business**<br>**expenses** |
| 4.3.  **Joseph F. Carabetta**<br>**200 Pratt Street**<br>**MERIDEN, CT 06450**<br>**Family member** | **10/16/2024**<br>**10/22/2024**<br>**11/13/2024**<br>**10/7/2024**<br>**11/12/2024**<br>**1/26/2024**<br>**2/26/2024**<br>**3/26/2024**<br>**4/19/2024**<br>**5/22/2024**<br>**6/6/2024**<br>**7/12/2024**<br>**8/5/2024**<br>**8/20/2024**<br>**9/9/2024**<br>**10/16/2024**<br>**10/16/2024**<br>**11/7/2024**<br>**5/20/2024**<br>**8/8/2024** | **$10,685.00** | **Reimbursement of business**<br>**expenses** |

Debtor   **Water's Edge Limited Partnership**                                    Case number *(if known)*  **24-12445-CJP**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.   **WATER'S EDGE MANAGEMENT COMPANY, INC. 394 OCEAN AVE Revere, MA 02151 Affiliate** | **2/1/2024 2/22/2024 2/22/2024 3/7/2024 3/12/2024 4/2/2024 4/3/2024 4/8/2024 4/22/2024 4/22/2024 5/1/2024 5/14/2024 7/2/2024 7/11/2024 7/22/2024 7/31/2024 7/31/2024 8/6/2024 8/7/2024 8/7/2024 8/20/2024 9/3/2024 9/3/2024 9/16/2024 9/18/2024 10/1/2024 10/1/2024 10/3/2024 10/3/2024 10/15/2024 10/30/2024 11/7/2024 11/13/2024 11/14/2024 11/18/2024 12/2/2024 1/9/2024 1/11/2024 1/16/2024 1/23/2024 1/23/2024 1/23/2024 6/5/2024 6/14/2024 6/19/2024 11/27/2024** | **$357,001.00** | **Management** |
| 4.5.   **Waters Edge Towers 394 Ocean Avenue Revere, MA 02151 Affiliate** | **1/4/2024 3/12/2024 6/19/2024 7/5/2024** | **$9,400.00** | **Reimbursemnent of checks deposited to Debtor's account in error.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

| Debtor | **Water's Edge Limited Partnership** | Case number *(if known)* **24-12445-CJP** |
|---|---|---|

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Town Of Revere v. Water's Edge Limited Partnership , et al.<br>22 TL 000801 | Tax Lien Proceeding | Commonwealth of MA<br>Land Court<br>3 Pemberton Square<br>Boston, MA 02108 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Town Of Revere v. Water's Edge Limited Partnership , et al.<br>22 TL 000802 | Tax Lien Proceeding | Commonwealth of MA<br>Land Court<br>3 Pemberton Square<br>Boston, MA 02108 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | City of Revere v. Water's Edge Limited Partnership , et al.<br>22 TL 000803 | Tax Lien Proceeding | Commonwealth of MA<br>Land Court<br>3 Pemberton Square<br>Boston, MA 02108 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Water's Edge Limited Partnership v. City of Revere Board of Health et al<br>24H84CV000471 | Property Dispute | Commonwealth of MA<br>Eastern Housing Court<br>24 New Chardon St.<br>Boston, MA 02114 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Water's Edge Limited partnership v. City of Revere Board of Health et al<br>24H84CV000465 | Property Dispute | Commonwealth of MA<br>Eastern Housing Court<br>24 New Chardon St.<br>Boston, MA 02114 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | City of Revere v. Water's Edge Limited Partnership, as owner of the property located at 364 Ocean Avenue , Revere, MA Respondents<br>23H84CV000630 | Property Dispute | Commonwealth of MA<br>Eastern Housing Court<br>24 New Chardon St.<br>Boston, MA 02114 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | City Of Revere v. Water's Edge Limited Partnership et al<br>22H84CV000364 | Property Dispute | Commonwealth of MA<br>Eastern Housing Court<br>24 New Chardon St.<br>Boston, MA 02114 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Water's Edge Limited Partnership v. City Of Revere<br>22H84CV000565 | Property Dispute | Commonwealth of MA<br>Eastern Housing Court<br>24 New Chardon St.<br>Boston, MA 02114 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Water's Edge Limited Partnership**                                    Case number *(if known)*   **24-12445-CJP**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.9. **364 Ocean Avenue Tenant Association v. Water's Edge Limited Partnership et al**<br>**24H84CV000460** | **Property Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. **Lavery, Michael vs. Water's Edge LP et al**<br>**2284CV01854** | **Tort Claim** | **Commonwealth of MA**<br>**Suffolk County Superior Court Court**<br>**3 Pemberton Square**<br>**Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Sierra, Jocelyn et al v. Water's Edge Limited Partnership**<br>**19H84CV000521** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Water's Edge limited Partnership v. Siconatto, Alexandre et al**<br>**20H84CV000145** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Water's Edge Limited Partnership v. Gonzalez, Luzdaris et al**<br>**20H84CV000148** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Herrera, Duver et al v. Water's Edge Limited Partnership et al**<br>**20H84CV000529** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Jabari, Malik et al v. Carabetta, Evelyn et al**<br>**20H84CV000559** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Reid, Anthony v. Water's Edge Limited Partnership et al**<br>**20H84CV000569** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **Castro, Luis et al v. Water's Edge Limited Partnership et al**<br>**20H84CV000575** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **Water's Edge Limited Partnership vs. Galvis, Hector Fabio Murillo**<br>**22H84SP004152** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **Water's Edge Limited Partnership vs. Aboukassem, Kassem N. et al**<br>**23H84SP003251** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Water's Edge Limited Partnership**                                    Case number *(if known)*  **24-12445-CJP**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.20. | **Water's Edge Limited Partnership vs. Silvey, John**<br>**23H84SP004019** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.21. | **Water's Edge Limited Partnership vs. Mehigan, Thomas**<br>**23H84SP004024** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.22. | **Water's Edge Limited Partnership vs. Noel, Ronald et al**<br>**23H84SP005028** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.23. | **Water's Edge Limited Partnership vs. Correa-Montano, Yury**<br>**23H84SP005058** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.24. | **Water's Edge Limited Partnership vs. Elouafi, Zaineb et al**<br>**23H84SP006436** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.25. | **Water's Edge Limited Partnership vs. Hamacha, Mohamed et al**<br>**23H84SP006455** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.26. | **Water's Edge Limited Partnership vs. Elalaoui, Mounia et al**<br>**23H84SP006456** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.27. | **Water's Edge Limited Partnership vs. Harris, Michael Sean**<br>**23H84SP006462** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **Water's Edge Limited Partnership v. Noel, Ronald et al**<br>**24H84CV000174** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **Water's Edge Limited Partnership v. Harris, Michael S**<br>**24H84CV000646** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Water's Edge Limited Partnership vs. Marquez, Pedro DE LA Torre**<br>**24H84SP000605** | **Landlord - Tenant Dispute** | **Commonwealth of MA**<br>**Eastern Housing Court**<br>**24 New Chardon St.**<br>**Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | **Water's Edge Limited Partnership** | | Case number *(if known)* **24-12445-CJP** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.31. | **Water's Edge Limited Partnership vs. Galvis, Hector Murillo**<br>**24H84SP002908** | **Landlord - Tenant Dispute** | **Commonwealth of MA Eastern Housing Court 24 New Chardon St. Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **Water's Edge Limited Partnership vs. Rezende, Maria**<br>**24H84SP004898** | **Landlord - Tenant Dispute** | **Commonwealth of MA Eastern Housing Court 24 New Chardon St. Boston, MA 02114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.33. | **Water's Edge Limited Partnership vs. Butt, Mohammad Qasim et al**<br>**24H84SP005499** | **Landlord - Tenant Dispute** | **Commonwealth of MA Eastern Housing Court 24 New Chardon St. Boston, MA 02114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **Water's Edge Limited Partnership** | | | Case number *(if known)* **24-12445-CJP** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Murphy & King, P.C.**<br>**28 State Street**<br>**Suite 3101**<br>**Boston, MA 02109** | | **12/16/2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Evelyn Carabetta** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Pullman & Comley, LLC**<br>**1500 Main Street**<br>**Suite 924**<br>**Springfield, MA 01115** | **Retainer for services related to property tax appeals and property tax abatement** | **5/14/2024** | **$15,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2. | **Cohn, Rios & Wholly**<br>**Two Center Plaza**<br>**Boston, MA 02108** | **Retainer for services related to insurance claim** | **8/31/2024** | **$10,000.00** |
| | Relationship to debtor<br>**None** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Debtor    **Water's Edge Limited Partnership**                              Case number *(if known)*  **24-12445-CJP**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Residential rental applications and tenant payments by check**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Water's Edge Limited Partnership**    Case number *(if known)*    **24-12445-CJP**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Carnevale Properties, LLC**<br>**7 Nicole Avenue**<br>**Beverly, MA 01915** | **EVELYN M. CARABETTA**<br>**200 Pratt Street**<br>**Meriden, CT 06450** | **Business related documents** | ■ No<br>☐ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant Security Deposits** | **Citizens Bank account ending  4536**<br>**PO Box 7000**<br>**Providence, RI 02940** | **Tenant LMR** | **$21,403.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant Security Deposits** | **Citizens Bank account ending 7845**<br>**PO Box 7000**<br>**Providence, RI 02940** | **Tenant Security Deposits** | **$73,491.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant Security Deposits** | **TD Bank account ending 3433**<br>**PO Box 1377**<br>**Lewiston, ME 04243-1377** | **Tenant Security Deposits** | **$8,775.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant Security Deposits** | **Berkshire Bank account ending 9259**<br>**PO Box 1308**<br>**Pittsfield, MA 01202-1308** | **Tenant Security Deposits** | **$72,706.00** |

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Water's Edge Limited Partnership** | Case number *(if known)* **24-12445-CJP** |
|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Bradford G. Carlson**<br>**Gray, Gray & Gray, LLP**<br>**150 Royall Street**<br>**Suite 102**<br>**Canton, MA 02021** | **Current** |
| 26a.2.  **C. Joseph Ciccarello, CPA, MST**<br>**Gray, Gray & Gray, LLP**<br>**150 Royall Street**<br>**Suite 102**<br>**Canton, MA 02021** | **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Bradford G. Carlson**<br>**Gray, Gray & Gray, LLP**<br>**150 Royall Street**<br>**Suite 102**<br>**Canton, MA 02021** | |

Debtor    **Water's Edge Limited Partnership**                                    Case number *(if known)* **24-12445-CJP**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **EVELYN M. CARABETTA**<br>**200 Pratt Street**<br>**Meriden, CT 06450** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Christopher L. Hallee**<br>**Senior Vice President**<br>**M&T Bank**<br>**Boston, MA 02109** |
| 26d.2.    **Kirk Boggia**<br>**Senior Loan Officer**<br>**Grand Coast Capital Group**<br>**40 South Main Street, 2nd Floor**<br>**Cohasset, MA 02025** |
| 26d.3.    **Bob Clifford**<br>**Goedecke & Co., LLC**<br>**10 High Street**<br>**Boston, MA 02110** |
| 26d.4.    **Benjamin Greenblott**<br>**UDG Capital, LLC**<br>**315 A Street**<br>**Suite 1213**<br>**Boston, MA 02210** |
| 26d.5.    **DAVID A. KREBS**<br>**DAK Mortgage**<br>**1080 Brickell Avenue**<br>**Miami, FL 33131** |
| 26d.6.    **David DeVito**<br>**M&T Bank**<br>**300 Westage Business Center Drive**<br>**Suite 410**<br>**Fishkill, NY 12524** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **EVELYN M. CARABETTA** | **200 Pratt Street**<br>**Meriden, CT 06450** | **Sole Member and Manager of Gen Ptr, Sole Ltd Ptr of Debtor** | **100% interest** |

Debtor  **Water's Edge Limited Partnership**                                    Case number *(if known)* **24-12445-CJP**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 10, 2025**

**/s/ Evelyn M. Carabetta**                          **Evelyn M. Carabetta**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Member and Manager of Gen Ptr, Sole Ltd Ptr of Debtor**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes