IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>**WATER'S EDGE LIMITED PARTERSHIP,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No: 24-12445-CJP** |

**CERTIFICATE OF SERVICE**

I, Andrew G. Lizotte, hereby certify that on January 16, 2025, I caused a copy of the *Notice of Filing of [Proposed] Second Interim Order (I) Authorizing the Debtor to Obtain Junior Secured Postpetition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [doc. no. 109] to be served via this Court's CM/ECF System and/or via electronic mail or first class mail as indicated on the attached list:

Dated:  January 16, 2025

*/s/ Andrew G. Lizotte*
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts  02109
Telephone:  (617) 423-0400
E-mail: ALizotte@murphyking.com

839390

**VIA CM/ECF**

- Justin Kesselman        justin.a.kesselman@usdoj.gov (Counsel to U.S. Trustee)

- Richard King - B        USTPRegion01.BO.ECF@USDOJ.GOV
                          (Counsel to U.S. Trustee)

- Tung-Yu Charlie Liu     charlie.liu@gtlaw.com

- John J. Monaghan        bos-bankruptcy@hklaw.com , hapi@hklaw.com
                          (Counsel to Lender)

- Kathleen Morris St. John    kathleen.stjohn@hklaw.com (Counsel to Lender)

- Albert J. Moscone       amoscone@mosconelawboston.com (Counsel to City of Revere, Municipal Lien Creditor)

- Mark W. Powers          mpowers@princelobel.com, norourke@princelobel.com
                          (Counsel to Carabetta Enterprises, Inc.)

- George W. Tetler        gtetler@princelobel.com, btaylor@bowditch.com
                          (Counsel to Carabetta Enterprises, Inc.)

    Lynne B. Xerras       lynne.xerras@hklaw.com (Counsel to Lender)

**VIA EMAIL**

**Top 20 Largest Unsecured Creditors**

- AFA PROTECTIVE SYSTEMS, INC        JLEES@AFAP.COM
- National Grid Gas                  monica.booth@nationalgrid.com
- Parham Pouladdej                   PARHAM.POULADDEJ@GMAIL.COM
- National Grid Electric- House Meters   JEFFREY.EVANCHAK@NATIONALGRID.COM
- Brown Rudnick, Llp                 LCHARRON@BROWNRUDNICK.COM
- Jensen Hughes                      scott.sutherland@jensenhughes.com
- First Insurance Funding            firstinsite@firstinsurancefunding.com
- Affordable Mold and Duct Cleaning  GUYOLIVER1975@GMAIL.COM
- Environmental Design Engineering Corp Inc   ksafari@ede-inc.com; ede@edemep.com
- Russo, Frye & Associates, LLP      RRUSSO@RUSSOFRYELLP.COM
- Stevenson Consulting               JEFF@STEVENSON-CONSULTING.NET
- Valere Architects                  MO@VALEREARCHITECTS.COM
- Mammoth Fire Protection Systems Inc.   billy.pappas@mfpflow.com
- The Guard Alliance                 ACCOUNTING@THEGUARDALLIANCE.COM
- Coastal Carpet                     BSPELLMAN@COASTALCARPETINC.COM
- Combustion Power Equipment, Inc.   COMBUSTION.POWER200@GMAIL.COM
- Republic Services                  media@republicservices.com; customerexperience@republicservices.com

- WSMD, Inc.     RICH@WESTSIDEMETALDOOR.COM
- Intrepid     ctenaglia@intrepid-usa.com
- Maguire Equipment     MAGEQUIP1@AOL.COM
- Williamson Pump & Motor     daver@weco-group.com; sales@weco-group.com
- Joseph Carabetta     joseph.carabetta@carabetta.com

**Counsel to DIP Lender**

- Greenberg Traurig, LLP     Jeffrey.wolf@gtlaw.com; greerb@gtlaw.com

**Governmental Units**

- Internal Revenue Service     Jeffrey.h.reynolds@irs.gov
- Massachusetts Department of Revenue     murphys@dor.state.ma.us

**VIA FIRST CLASS MAIL**

**Top 20 Creditors (with no known email address)**

Alliant Insurance Services Inc.
PO Box 744912
Los Angeles, CA 90074-4912