

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Water's Edge Limited Partnership** <br> Debtor(s) | Chapter 11 <br> 24-12445-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Telephonic Status Conference on # 213 Assented To Motion filed by Other Professional Marc Edward Chapdelaine for Relief from Stay and #214 Assented To Motion filed by Other Professional Marc Edward Chapdelaine for Relief from Stay.

**Decision set forth more fully as follows:**

WITHIN SEVEN (7) DAYS, THE PARTIES SHALL FILE A REVISED PROPOSED FORM OF ORDER AND ANY ADDITIONAL STIPULATION.

Dated: 04/02/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge