

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Water's Edge Limited Partnership  Debtor | Chapter 11  24-12445-CJP |
|---|---|

## ORDER

**MATTER:**

#241 Expedited Motion filed by Debtor Water's Edge Limited Partnership.

UPON CONSIDERATION OF THE NOTICE OF WITHDRAWAL [ECF NO. 317] AND STATUS REPORT ON SELECTION DAY [ECF NO. 311] FILED BY THE DEBTOR, THE "DEBTOR'S MOTION FOR ENTRY OF ORDERS (I)(A) APPROVING PROCEDURES FOR THE SALE OF THE DEBTOR'S ASSETS TO A JOINT VENTURE, (B) AUTHORIZING THE DEBTOR TO DESIGNATE A STALKING HORSE AND TO SEEK APPROVAL OF STALKING HORSE OFFER PROTECTIONS, (C) SCHEDULING A SELECTION DAY AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES, (E) SCHEDULING A SALE HEARING AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (F) GRANTING RELATED RELIEF; AND (II)(A) APPROVING THE SALE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (C) GRANTING RELATED RELIEF" [ECF NO. 241] IS HEREBY DEEMED WITHDRAWN.

THE SALE HEARING SCHEDULED FOR JULY 8, 2025 AND THE PROVISIONAL SECOND DAY OF SALE HEARING SCHEDULED FOR JULY 17, 2025 ARE CANCELED.

Dated: 07/03/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge