

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Water's Edge Limited Partnership**<br>**Debtor** | **Chapter 11**<br>**24-12445-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#328 Emergency Motion filed by Debtor Water's Edge Limited Partnership to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE REMAINING RELIEF REQUESTED THROUGH THE THIRD EXCLUSIVITY MOTION IS GRANTED. THE PERIOD UNDER 11 U.S.C. SECTION 1121 DURING WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION IS FURTHER EXTENDED TO NOVEMBER 21, 2025 AND THE EXCLUSIVE PERIOD IN WHICH THE DEBTOR HAS THE RIGHT TO SOLICIT ACCEPTANCES OF THE PLAN IS EXTENDED TO JANUARY 21, 2026.

Dated: 08/06/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge