

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Water's Edge Limited Partnership<br>Debtor | Chapter 11<br>24-12445-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#357 Statement with certificate of service (Re: 335 Motion for Order/Authority) filed by Creditor Carabetta Enterprises, Inc.

**Decision set forth more fully as follows:**

HEARING HELD. PARTIES WILL SUBMIT A FURTHER FORM OF ORDER.

Dated: 08/20/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge