IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>WATER'S EDGE LIMITED PARTNERSHIP<br><br>Debtor. | §<br>§<br>§   Chapter 11<br>§<br>§   Case No. 24-12445-CJP<br>§<br>§ |

## ORDER GRANTING APPLICATION OF DEBTOR
## TO RETAIN COMMERCIAL REAL ESTATE SERVICES FIRM

This matter having come before the Court on the application (the "Application")[1] by Water's Edge Limited Partnership (the "Debtor"), the debtor and debtor-in-possession in the above-captioned case, to employ Newmark Real Estate of Massachusetts, LLC ("Newmark") as its commercial real estate services firm to assist it in marketing its property for an outright sale to a third party and to provide such additional services as set forth in the Application; notice of the Application having been adequate and appropriate under the circumstances; the Court having reviewed the Application; no objections to the Application having been filed; and it further appearing that the relief sought in the Application is appropriated based on the record; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Application is granted in its entirety pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and MLBR 2014-, as modified herein;

**ORDERED** that the Debtor is authorized to retain Newmark as its commercial real estate services firm in this case;

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

**ORDERED** that the Debtor is authorized to advance to Newmark $10,000 for advertising expenses;

**ORDERED** that Newmark may not serve as a dual agent for a proposed Transaction and may not offer a buyer's premium to any party in connection with a proposed Transaction(s) without obtaining prior Court authorization in connection with such proposed Transaction(s).

Dated: August 29, 2025

_____
Christopher J. Panos
United States Bankruptcy Judge

2