

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Water's Edge Limited Partnership  Debtor | Chapter 11  24-12445-CJP |
|---|---|

## ORDER SCHEDULING HEARING

**MATTER:**

#378 Emergency Motion filed by Debtor Water's Edge Limited Partnership For Order (I) Authorizing the Debtor to Obtain Additional Junior Secured Postpetition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Status; (III) Authorizing Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief.

THE COURT HEREBY SCHEDULES THE EMERGENCY MOTION[ECF NO. 378] REQUESTING ENTRY OF A FURTHER INTERIM ORDER FOR A TELEPHONIC HEARING ON **SEPTEMBER 3, 2025 AT 11:30 A.M.** (THE "HEARING").THE HEARING WILL BE CONDUCTED BY TELEPHONE. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

**OBJECTIONS TO THE FURTHER INTERIM RELIEF REQUESTED SHALL BE FILED NO LATER THAN SEPTEMBER 3, 2025 AT 9:30 A.M.**

THE DEBTOR SHALL PROVIDE NOTICE OF THE HEARINGON ALL PARTIES ENTITLED TO NOTICEBY ECF OR EMAIL (OR, IF NO EMAIL ADDRESS IS AVAILABLE, BY TELEPHONE), AND SHALL FILE A CERTIFICATE OF SERVICE EVIDENCING SUCH SERVICE HAS BEEN MADE.

Dated: 08/29/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge