

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>　　**Water's Edge Limited Partnership**<br>　　　　　　**Debtor(s)** | **Chapter 11**<br>**24-12445-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#378 Emergency Motion filed by Debtor Water's Edge Limited Partnership For Order (I) Authorizing the Debtor to Obtain Additional Junior Secured Postpetition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Status; (III) Authorizing Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief.

**Decision set forth as follows:**

SEPARATE ORDER SHALL ENTER. DEBTOR SHALL SUBMIT A REVISED FORM OF PROPOSED ORDER IN WORD FORMAT TO CJP@MAB.US.COURTS.GOV.

Dated: 09/04/2025

By the Court,

_Christopher J. Panos_
Christopher J. Panos
United States Bankruptcy Judge