**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Water's Edge Limited Partnership** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **24-12445-CJP** |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**CITY OF REVERE**<br>**281 BROADWAY**<br>**Collector of Taxes**<br>**Cathy D. Bowen**<br>**REVERE, MA 02151**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**REAL ESTATE TAXES**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Massachusetts Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 7090**<br>**Boston, MA 02204-7090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**A & K PLUMBING AND HEATING INC**<br>**721 HUMPHREY ST**<br>**SWAMPSCOTT, MA 01907** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,890.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**AFA PROTECTIVE SYSTEMS, INC**<br>**155 MICHAEL DRIVE**<br>**SYOSSET, NY 11791** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$89,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**AFFORDABLE MOLD AND DUCT CLEANING**<br>**22 GATES STREET**<br>**FRAMINGHAM, MA 01702** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$105,062.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**AIREX FILTER**<br>**17 EXECUTIVE DR**<br>**HUDSON, NH 03051** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$752.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**ALLIANT INSURANCE SERVICES INC**<br>**P.O. BOX 744912**<br>**Los Angeles, CA 90074-4912** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$154,733.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**B & B PEST CONTROL**<br>**271 WESTERN AVE**<br>**SUITE 115**<br>**LYNN, MA 01904**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,590.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**BAYSTATE PROPERTY MANAGEMENT**<br>**200 PRATT ST**<br>**MERIDEN, CT 06450**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt (affiliate)**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$283,611.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**BBE CORPORATION - BUCKLEY ELEVATOR**<br>**P.O. BOX 925**<br>**SALEM, MA 01970**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$960.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**BIGELOW ELECTRIC CO., INC**<br>**28 TOWN FOREST RD**<br>**SUITE 1 P.O BOX 398**<br>**WEBSTER, MA 01570**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,185.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**BROWN RUDNICK, LLP**<br>**ONE FINANCIAL CENTER**<br>**BOSTON, MA 02111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Professional services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$272,123.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**BUDGET OVERHEAD DOOR**<br>**P.O. BOX 4343**<br>**Peabody, MA 01961**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**CARABETTA ENTERPRISES, INC.**<br>**200 PRATT ST**<br>**MERIDEN, CT 06450**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade debt (affiliate)**<br><br>Is the claim subject to offset?  ☐ No   ■ Yes   (and subject to counterclaims) | **$20,569,617.00** |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**CARPETS PLUS, INC**<br>**91 GEORGE LEVEN DRIVE**<br>**NORTH ATTLEBORO, MA 02760** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,797.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**CITY OF REVERE**<br>**Water & Sewer Department**<br>**281 BROADWAY**<br>**REVERE, MA 02151** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Undetermined**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**CITY OF REVERE**<br>**281 Broadway**<br>**Revere, MA 02151-5027** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Undetermined**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**CMC AND AFFILIATES HEALTH CARE**<br>**200 PRATT ST**<br>**MERIDEN, CT 06450** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$487,450.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt (affiliate)**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**CMC SUPPLIES INVENTORY**<br>**P.O. BOX 724**<br>**MERIDEN, CT 06450** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$2,081.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt (affiliate)**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**COASTAL CARPET**<br>**30 ROBERT W BOYDEN RD**<br>**STE B700-800**<br>**TAUNTON, MA 02780** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,390.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**COMBUSTION POWER EQUIPMENT, INC**<br>**200 PRATT ST**<br>**MERIDEN, CT 06450** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$33,345.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt (affiliate)**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

Debtor **Water's Edge Limited Partnership**  Case number (if known) **24-12445-CJP**
Name

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**COMCAST**<br>**P.O. BOX 70219**<br>**Philadelphia, PA 19176-0219** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**CONSTABLE OFFICE OF DESROSIERS & ASSOC,**<br>**35 MADISON AVE**<br>**SUITE 1**<br>**CAMBRIDGE, MA 02140** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,625.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Professional services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DANIEL R. LONG, CONSTABLES**<br>**33 BATEMAN ST**<br>**ROSLINDALE, MA 02131** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$330.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Professional services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**DENTERLEIN**<br>**3 POST OFFICE SQ**<br>**SUITE 701**<br>**BOSTON, MA 02109** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**DOMAIN NETWORKS**<br>**P.O. BOX 1280**<br>**HENDERSONVILLE, NC 28793** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$289.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**DUSTBUSTERS**<br>**90 HAYSTACK RD**<br>**READING, MA 01867** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,076.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**ENVIRONMENTAL DESIGN ENGINEERING CORP IN**<br>**135 BEAVER ST**<br>**SUITE 404**<br>**WALTHAM, MA 02452** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$88,900.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Professional services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Water's Edge Limited Partnership**  
Name

Case number (if known) **24-12445-CJP**

| | Creditor | Claim details | Amount |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**EVELYN M. CARABETTA**<br>**200 Pratt Street**<br>**Meriden, CT 06450**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Expenses**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**FIRST INSURANCE FUNDING**<br>**450 SKOKIE BLVD STE 1000**<br>**NORTHBROOK, IL 60062-7917**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$121,503.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**GRAINGER**<br>**124 UNIVERSAL DR**<br>**NORTH HAVEN, CT 06473-3630**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,900.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**HENSON FIRE**<br>**PO BOX 560057**<br>**MEDFORD, MA 02156**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,615.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**HEXATRAC OF BOSTON, INC**<br>**271-B SALEM ST**<br>**WOBURN, MA 01801**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,280.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**HOME DEPOT CREDIT SERVICES**<br>**PO BOX 70293**<br>**Philadelphia, PA 19176-0293**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,146.00** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**INTREPID**<br>**200 NORTH ST**<br>**NEW BEDFORD, MA 02740**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$22,275.00** |

Debtor **Water's Edge Limited Partnership**  
Name

Case number (if known) **24-12445-CJP**

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**JENSEN HUGHES**<br>**ONE RESEARCH DR**<br>**SUITE 305C**<br>**WESTBOROUGH, MA 01581**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$168,500.00** |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**JOHN'S SEWER & DRAIN**<br>**4 BREED AVE**<br>**WOBURN, MA 01801**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$920.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Joseph F. Carabetta**<br>**200 Pratt Street**<br>**MERIDEN, CT 06450**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Expenses**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**JUNCTION MECHANICAL**<br>**588 PLEASANT ST**<br>**UNIT 6**<br>**NORWOOD, MA 02062**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$11,291.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**M CLEANING & PAINTING**<br>**PO BOX 35756**<br>**BRIGHTON, MA 02135**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$390.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**MAGUIRE EQUIPMENT**<br>**18 WOLCOTT ST**<br>**HYDE PARK, MA 02136**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$18,327.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**MAMMOTH FIRE PROTECTION SYSTEMS INC**<br>**176 WALKER ST**<br>**LOWELL, MA 01854**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$41,610.06** |

Debtor **Water's Edge Limited Partnership** Case number (if known) **24-12445-CJP**
Name

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**MERRIFIELD PAINT**<br>**47 INWOOD RD**<br>**ROCKY HILL, CT 06067** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,595.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**MILHARMER ASSOCIATES INC**<br>**534 NEW STATE HIGHWAY**<br>**STE 3**<br>**RAYNHAM, MA 02766** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,760.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL GRID ELECTRIC - HOUSE METERS**<br>**PO BOX 371396**<br>**PITTSBURGH, PA 15250-7396** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$505,261.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL GRID ELECTRIC - OTHER**<br>**PO BOX 371396**<br>**PITTSBURGH, PA 15250-7396** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,362.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**NATIONAL GRID GAS**<br>**PO BOX 371338**<br>**PITTSBURGH, PA 15250-7338** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$487,881.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>**NUTTER, MCCLENNEN & FISH, LLP**<br>**SEAPORT WEST**<br>**155 SEAPORT BLVD**<br>**BOSTON, MA 02210-2604** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$114.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Professional services__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>**PARHAM POULADDEJ**<br>**355 WELLESLEY STREET**<br>**WESTON, MA 02493** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Loan__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>**PROXIMA MANAGEMENT**<br>**PO BOX 64**<br>**SWAMPSCOTT, MA 01907**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $590.00 |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**REPUBLIC SERVICES**<br>**320-A CHARGER ST**<br>**REVERE, MA 02151**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,938.00 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**RUSSO, FRYE & ASSOCIATES, LLP**<br>**2 OLIVER ST**<br>**SUITE 612**<br>**BOSTON, MA 02109**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $70,562.00 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**S & N LOCK & KEY**<br>**42 THORPE RD**<br>**LYNN, MA 01905**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $867.00 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**SERVICE MAINTENANCE**<br>**200 PRATT ST**<br>**MERIDEN, CT 06450**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt (affiliate)**<br>Is the claim subject to offset? ■ No  ☐ Yes | $334,174.00 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**South Coast Improvement Company**<br>**13 Marconi Ln**<br>**Marion, MA 02738**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $17,396.00 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**SOUTHCOAST MOVING, STORATE AND PPTY MGMT**<br>**445-447 BOLTON ST**<br>**NEW BEDFORD, MA 02740**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,500.00 |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>**STEVENSON CONSULTING**<br>**22 MORNINGSIDE DR**<br>**TEWKSBURY, MA 01876**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$69,895.00** |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**TECO'S TRASH REMOVAL**<br>**85 CENTRAL ST**<br>**SOMERVILLE, MA 02143**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$300.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**THE GUARD ALLIANCE**<br>**1401 WILLOW PASS RD**<br>**STE 1060**<br>**CONCORD, CA 94520**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$34,618.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**TRIPLE M MOVERS**<br>**220-240 CUSHING ST**<br>**STOUGHTON, MA 02072**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,500.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**VALERE ARCHITECTS**<br>**102 ELM ST**<br>**M STE 8**<br>**WESTFIELD, MA 01085**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Professional services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$41,100.00** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**WATERS EDGE MANAGEMENT**<br>**394 OCEAN AVE**<br>**REVERE, MA 02151**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Management fees (affiliate)**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,042,632.00** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**WILLIAMSON PUMP & MOTOR**<br>**334B CALEF HWY**<br>**EPPING, NH 03042**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$17,710.00** |

| Debtor | **Water's Edge Limited Partnership** | Case number (if known) | **24-12445-CJP** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **WSMD, INC**<br>**47 OLIVINE ST**<br>**CHICOPEE, MA 01013** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 25,638,818.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 25,638,818.06 |