

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>Water's Edge Limited Partnership<br>Debtor(s) | Chapter 11<br>24-12445-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#412 Objection to Claim 38 of Claimant City of Revere. filed by Debtor Water's Edge Limited Partnership.

**Decision set forth as follows:**

HEARING HELD. THE REQUEST FOR EXPEDITED DETERMINATION HAS BEEN WITHDRAWN ON THE RECORD. THE DEBTOR HAS INDICATED THAT ITS INTENTION IS TO FILE AN ADVERSARY PROCEEDING AND A MOTION TO CONSOLIDATE WITH THE CLAIM OBJECTION.

Dated: 10/15/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge