# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re<br>WATER'S EDGE LIMITED PARTNERSHIP,<br><br>            Debtor. | Chapter 11<br>Case No. 24-12445-CJP |

### ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION OF DEBTOR FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF BROWN RUDNICK LLP AS SPECIAL COUNSEL FOR THE DEBTOR

This matter having come before the Court on the second supplement [ECF No. 448] (the "Supplemental Application")[1] by Water's Edge Limited Partnership, (the "Debtor"), the debtor and debtor-in-possession in the above captioned case, to the prior *Application of Debtor for Order Authorizing the Employment and Retention of Brown Rudnick LLP As Special Counsel for the Debtor Nunc Pro Tunc to the Petition Date* [ECF No. 72] (the "Initial Application"); the Court having authorized the employment of Brown Rudnick, LLP ("Brown Rudnick") as special counsel nunc pro tunc to the Petition Date pursuant to an order entered at ECF No. 136 on the Initial Application (the "Employment Order"); the Supplemental Application having been filed to clarify the scope of services being provided by Brown Rudnick; notice of the Supplemental Application having been adequate and appropriate under the circumstances; the Court having reviewed the Supplemental Application; no objections to the Supplemental Application having been filed; and it further appearing that the relief sought in the Supplemental Application is appropriate based on the record; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Supplemental Application is granted; and it is further

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Supplemental Application.

ORDERED that scope of the employment of Brown Rudnick as special counsel to the Debtor as authorized by the Employment Order is clarified and expanded as reflected in the Supplemental Application, effective December 5, 2024.

Dated: January 30, 2026

Christopher J. Panos
United States Bankruptcy Judge