

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Water's Edge Limited Partnership | Chapter 11 |
| | 24-12445-CJP |
| Debtor | |

## ORDER

**MATTER:**

#611 Assented to Motion filed by Creditor DIV OA Lender, LLC to Extend Time to File Documents [Re: 605 Objection, 606 Objection, 608 Objection to Professional Fees].

GRANTED. THE DEADLINE FOR DIV OA LENDER, LLC TO REPLY TO OBJECTIONS TO THE FEE APPLICATION IS EXTENDED TO APRIL 13, 2026. THE REMAINDER OF THE SCHEDULING ORDER [ECF NO. 519] DEADLINES ARE FURTHER EXTENDED AS REQUESTED.

Dated: 03/27/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge