UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

WATER'S EDGE LIMITED
PARTNERSHIP,

          Debtor

Chapter 11
Case No: 24-12445-CJP

## OBJECTION TO CLAIM OF JUSTIN BEANS
## [CLAIM NO. 36-1]

Water's Edge Limited Partnership, the debtor and debtor-in-possession in the above-captioned case, (the "Debtor" or "Water's Edge"), hereby objects, pursuant to 11 U.S.C. §§502(b)(1) and (b)(4), Federal Rule of Bankruptcy Procedure 3007, and Massachusetts Local Bankruptcy Rule 3007-1, to claim number 36-1 (the "Claim") filed by Justin Beans (the "Claimant").

In further support thereof, the Debtor states as follows:

### Background

1.     On December 5, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of 11 U.S.C. §§101 *et. seq.* (the "Bankruptcy Code").

2.     No official committees have been appointed in this Chapter 11 Case, and no request has been made for the appointment of a trustee or examiner.

3.     The Debtor owns and operates the apartment buildings known as the Water's Edge Apartments located at 364 Ocean Avenue, 370 Ocean Avenue, and 388 Ocean Avenue with a total of approximately 306 apartment units situated on a 4.95-acre site in Revere, Massachusetts (collectively, the "Property").

4.      The factual background regarding the Debtor, including its business operations, its capital and debt structures, and the events leading to the filing of this chapter 11 case, is set forth in detail in the *Amended Declaration of Evelyn Carabetta in support of the Debtor's Chapter 11 Petition and First Day Motions* [doc. no. 36], which is incorporated by reference herein.

### The Claim

5.      Prior to the Petition Date, the Claimant filed a lawsuit styled Justin Beans vs. Water's Edge Limited Partnership, Case No. 2284CV00398.

6.      On February 14, 2025, the Claimant filed the Claim asserting a non-priority unsecured claim in the amount of $172,200.00 with no supporting information.

### Objection to Claim

7.      The Debtor objects to the Claim as set forth herein.

8.      The Claim should be disallowed because it does not match the Debtor's books and records and the Claim contains no supporting documentation.

9.      The Claim should be disallowed because there are currently no actions pending against the Debtor, brought by the Creditor.

The most recent case was dismissed by the Creditor on August 29, 2022. See copy of Voluntary Dismissal, attached hereto.

### Reservations of Rights

10.     The foregoing objections to the Claim are without prejudice to any other rights of the Debtor.

11.     Nothing in this objection constitutes a waiver of any right of the Debtor to assert claims or causes of action against the Claimant or any other party including, without limitation,

2

the right to commence avoidance actions pursuant to 11 U.S.C. §§ 544-551, or any rights of setoff or recoupment.

12.     Nothing in this Objection shall constitute a waiver of any right of the Debtor to object to any other claims asserted against the Debtor by the Claimant not included within the Claim, or to supplement, amend, or assert additional objections to the Claim, or any additional amounts claimed by Claimant.

13.     The Debtor objects to any misfiled claims, misplaced claims, claims filed after the Debtor's review of the claims on file with the Court and all other unknown claims of Claimant against the Debtor, regardless of their amount or any request for priority, administrative or secured treatment.

WHEREFORE, based upon the foregoing, the Debtor respectfully requests that the Court enter an order:

    a.    Sustaining this objection and disallowing the Claim; and

    b.    Granting such other and further relief as is necessary and proper under the circumstances.

WATER'S EDGE LIMITED PARTNERSHIP,

By Special Real Estate Counsel,

*/s/ David Frye*
David Frye (BBO #687424)
Robert D. Russo (BBO #434660)
Russo, Frye, & Associates, LLP
2 Oliver Street, Suite 612
Boston, Massachusetts 02109
Telephone No.: (617) 542-7700
Email: rrusso@russofryellp.com
Email: dfrye@russofryellp.com

DATED: April 27, 2026

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WATER'S EDGE LIMITED PARTNERSHIP,**<br><br>**Debtor** | **Chapter 11**<br>**Case No: 24-12445-CJP** |

## CERTIFICATE OF SERVICE

I, David Frye, Esq., hereby certify that on April 27, 2026, I caused a copy of the Objection to Claim of Justin Beans [Claim No. 36-1] to be served via this Court's CM/ECF System, and I served a copy via first class mail and electronic mail as indicated on the attached list.

/s/ David Frye
David Frye (BBO #687424)
Robert D. Russo (BBO #434660)
Russo, Frye, & Associates, LLP
2 Oliver Street, Suite 612
Boston, Massachusetts 02109
Telephone No.: (617) 542-7700
Email: rrusso@russofryellp.com
Email: dfrye@russofryellp.com

Dated: April 27, 2026

847344

4

## VIA CM/ECF

- William R. Baldiga — wbaldiga@brownrudnick.com; hcohen@brownrudnick.com
- Charles R. Bennett — cbennett@murphyking.com; bankruptcy@murphyking.com; ecf-ca5a5ac33a04@ecf.pacerpro.com
- Marc Chapdelaine — marc@chapdelainelaw.com
- Christine E. Devine — christine@nicholsondevine.com; devine.christiner109603@notify.bestcase.com; angelina@nicholsondevine.com; christine_492@ecf.courtdrive.com
- David Frye — dfrye@russofryellp.com
- Sara Kathryn Jackson — sara.kathryn.jackson@usdoj.gov (Counsel to U.S. Trustee)
- Richard King - B — USTPRegion01.BO.ECF@USDOJ.GOV (Counsel to U.S. Trustee)
- Tung-Yu Charlie Liu — charlie.liu@gtlaw.com
- Joshua Loveall — jloveall@dambrosiollp.com
- Kevin J McEleney — kmceleney@uks.com
- Anthony McGuinness — amcguinness@richmaylaw.com
- William J. McLeod — william.j.mcleod@mas
- John J. Monaghan — bos-bankruptcy@hklaw.com , hapi@hklaw.com (Counsel to Lender)
- Kathleen Morris St. John — kathleen.stjohn@hklaw.com (Counsel to Lender)
- Albert J. Moscone — amoscone@mosconelawboston.com (Counsel to City of Revere, Municipal Lien Creditor)
- Harold B. Murphy — hmurphy@murphyking.com kflynn@murphyking.com
- Kate E. Nicholson — kate@nicholsondevine.com; knicholson@ecf.courtdrive.com; admin@nicholsondevine.com; april@nicholsondevine.com; angelina@nicholsondevine.com; Nicholson.KateE.B113277@notify.bestcase.com
- Mark W. Powers — mpowers@princelobel.com, norourke@princelobel.com (Counsel to Carabetta Enterprises, Inc.)
- Angelina M. Savoia — angelina@nicholsondevine.com angelina@ecf.courtdrive.com
- George W. Tetler — gtetler@princelobel.com, btaylor@bowditch.com (Counsel to Carabetta Enterprises, Inc.)
- Michael Van Dam — mvandam@vandamlawllp.com
- Conner B Verreaux — cverreaux@murphyking.com
  Lynne B. Xerras — lynne.xerras@hklaw.com (Counsel to Lender)

## VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

Mr. Justin Beans
c/o Edward Rice, Esq.
45 Pierce Street
Malden, MA 02148
ed@edricelaw.com

5