Date Filed: 8/29/2022 6:00 PM
Housing - Eastern (Boston)
Docket Number: 22H84CV000398

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

**EASTERN HOUSING COURT
DOCKET No. 22H84CV 0398**

Justin Beans,
        Plaintiff

v.

WATER'S EDGE LIMITED
PARTNERSHIP
        Defendant

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Mass. R. Civ. P. 41(a)(1) the Plaintiff hereby dismisses this matter.

Respectfully Submitted,
Plaintiff
By Counsel

Edward Rice Esq. BBO# 637513
45 Pierce Street
Malden MA 02148
Tel. 617.475.0909
Ed@EdRiceLaw.com
August 29, 2022

## CERTIFICATE OF SERVICE

I certify that I have served Landlord's counsel a complete copy of the above document by email.

Edward Rice   BBO # 637513