

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Water's Edge Limited Partnership

Debtor

Chapter 11
24-12445-CJP

## ORDER

**MATTER:**

#525 Third Interim Application for Compensation and Reimbursement of Expenses for Gray, Gray & Gray, LLP, Accountant, Period: 8/1/2025 to 11/30/2025, Fee: $19,493.20, Expenses: $252.81.

NO OBJECTIONS HAVING BEEN FILED, THE THIRD INTERIM FEE APPLICATION OF GRAY, GRAY & GRAY LLP, AS ACCOUNTANT FOR THE DEBTOR, FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF DISBURSEMENTS INCURRED FOR THE PERIOD AUGUST 1, 2025 THROUGH NOVEMBER 30, 2025 IS ALLOWED. COMPENSATION IN THE AMOUNT OF $19,493.20 FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $252.81 IS APPROVED ON AN INTERIM BASIS.

Dated: 04/29/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge