

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| In re: | Chapter 11 |
|---|---|
| Water's Edge Limited Partnership | 24-12445-CJP |
| Debtor | |

### ORDER

**MATTER:**

#526 Third Interim Application for Compensation and Reimbursement of Expenses for Verdolino & Lowey P.C., Financial Advisor, Period: 8/1/2025 to 11/30/2025, Fee: $80,648.50, Expenses: $92.11.

NO OBJECTIONS HAVING BEEN FILED, THE THIRD INTERIM FEE APPLICATION OF VERDOLINO & LOWEY, PROFESSIONAL CORPORATION, FOR SERVICES RENDERED AND REIMBURSABLE EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD AUGUST 1, 2025 THROUGH NOVEMBER 30, 2025 IS ALLOWED. COMPENSATION IN THE AMOUNT OF $80,648.50 FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $92.11 IS APPROVED ON AN INTERIM BASIS.

Dated: 04/29/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge