

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Water's Edge Limited Partnership | Chapter 11 |
| | 24-12445-CJP |
| Debtor | |

### ORDER

**MATTER:**

#527 Third Interim Application for Compensation and Reimbursement of Expenses for Murphy & King P.C., Debtor's Attorney, Period: 8/1/2025 to 11/30/2025, Fee: $479,303.50, Expenses: $2,340.68.

NO OBJECTIONS HAVING BEEN FILED, THE THIRD INTERIM FEE APPLICATION OF MURPHY & KING, PROFESSIONAL CORPORATION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD AUGUST 1, 2025 THROUGH NOVEMBER 30, 2025 IS ALLOWED. COMPENSATION IN THE AMOUNT OF $479,303.50 FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $2,340.68 IS APPROVED ON AN INTERIM BASIS.

Dated: 04/29/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge