# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (Eastern Division)

|  |  |
|---|---|
| **In re:**<br><br>**WATER'S EDGE LIMITED PARTNERSHIP,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No: 24-12445-CJP** |

## CERTIFICATE OF SERVICE

I, David Frye, hereby certify that on April 28 2026, I caused a copy of the *Notice of Hybrid Nonevidentiary Hearing* (ECF No. 662) to be served via this Court's CM/ECF System, and on May 4, 2026, I served a copy via electronic mail and/or First Class Mail as indicated on the attached list.

WATER'S EDGE LIMITED PARTNERSHIP,

By Special Real Estate Counsel,

David Frye (BBO #687424)
Russo, Frye, & Associates, LLP
2 Oliver Street, Suite 612
Boston, Massachusetts 02109
Telephone No.: (617) 542-7700
Email: dfrye@russofryellp.com

**VIA CM/ECF**

- William R. Baldiga — wbaldiga@brownrudnick.com; hcohen@brownrudnick.com
- Charles R. Bennett — cbennett@murphyking.com;  bankruptcy@murphyking.com; ecf-ca5a5ac33a04@ecf.pacerpro.com
- Marc Chapdelaine — marc@chapdelainelaw.com
- Christine E. Devine — christine@nicholsondevine.com; devine.christiner109603@notify.bestcase.com; angelina@nicholsondevine.com; christine_492@ecf.courtdrive.com
- David Frye — dfrye@russofryellp.com
- Sara Kathryn Jackson — sara.kathryn.jackson@usdoj.gov (Counsel to U.S. Trustee)
- Richard King - B — USTPRegion01.BO.ECF@USDOJ.GOV (Counsel to U.S. Trustee)
- Tung-Yu Charlie Liu — charlie.liu@gtlaw.com
- Joshua Loveall — jloveall@dambrosiollp.com
- Kevin J McEleney — kmceleney@uks.com
- Anthony McGuinness — amcguinness@richmaylaw.com
- William J. McLeod — william.j.mcleod@mas
- John J. Monaghan — bos-bankruptcy@hklaw.com , hapi@hklaw.com (Counsel to Lender)
- Kathleen Morris St. John — kathleen.stjohn@hklaw.com (Counsel to Lender)
- Albert J. Moscone — amoscone@mosconelawboston.com (Counsel to City of Revere, Municipal Lien Creditor)
- Harold B. Murphy — hmurphy@murphyking.com kflynn@murphyking.com
- Kate E. Nicholson — kate@nicholsondevine.com; knicholson@ecf.courtdrive.com; admin@nicholsondevine.com; april@nicholsondevine.com; angelina@nicholsondevine.com; Nicholson.KateE.B113277@notify.bestcase.com
- Mark W. Powers — mpowers@princelobel.com, norourke@princelobel.com (Counsel to Carabetta Enterprises, Inc.)
- Angelina M. Savoia — angelina@nicholsondevine.com angelina@ecf.courtdrive.com
- Christopher P Silva — csilva@dambrosiollp.com; csilva@dambrosiollp.com
- George W. Tetler — gtetler@princelobel.com, btaylor@bowditch.com (Counsel to Carabetta Enterprises, Inc.)
- Michael Van Dam — mvandam@vandamlawllp.com
- Conner B Verreaux — cverreaux@murphyking.com
  Lynne B. Xerras — lynne.xerras@hklaw.com (Counsel to Lender)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Water's Edge Limited Partnership , <br>          Debtor | Chapter: 11 <br> Case No: 24–12445 <br> Judge Christopher J. Panos |

### NOTICE OF HYBRID NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HYBRID HEARING** will be held on **6/2/26 at 01:00 PM** before the Honorable Judge Christopher J. Panos, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following (the "Scheduled Matter"):

> [649] Objection to Claim 21 of Claimant Luzdaris Gonzalez filed by Debtor Water's Edge Limited Partnership.

> PLEASE READ NOTICE FOR COMPLETE INSTRUCTIONS.

**OBJECTION/RESPONSE DEADLINE: MAY 29, 2026 4:30 PM**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**GENERAL INFORMATION:**

In order to provide flexibility and maximize access for parties in interest in addressing the specific needs of a case, this hearing is scheduled as a hybrid hearing, where parties in interest and counsel may choose to participate either remotely by video or in person.

Judge Panos will conduct the hybrid hearing from Courtroom 1, 12th Floor, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109 (the "Courtroom"). Counsel, unrepresented parties, and other parties in interest, who filed the Scheduled Matter or have filed a response or objection thereto by the objection deadline (the "Participants"), may appear and be heard in person in the Courtroom or may appear and be heard remotely using Zoomgov.com videoconference technology ("Zoom") by following the procedures below and requesting a link from the Courtroom Deputy by emailing (cjp_courtroom_deputy@mab.uscourts.gov) **at least one business day prior to the date scheduled for the hearing.** Requests for Zoom access after that deadline, particularly on the day of the hearing on the Scheduled Matter, may not be accommodated and the Participant should plan to attend in person.

Except in the case of an emergency hearing (or where the objection deadline is less than one business day prior to the hearing), the Participants shall confer prior to requesting access information to appear remotely so that each Participant will be aware that other counsel (or an unrepresented party) intends to appear remotely. Counsel and parties are encouraged to consider the costs of appearing in person in relation to the benefits and nature of the relief requested when determining whether to appear in person for any hearing. The Court recognizes that parties may desire to participate by Zoom for routine and other hearings. Provided that counsel (and any unrepresented parties) have conferred as required above so that, as a courtesy, each knows whether others intend to appear in person or by video, the Court's intention by scheduling a hybrid hearing is to accommodate some parties being heard in person and others participating by Zoom for this hearing.

The Court also notes that cases filed in the Eastern and Central Divisions may be scheduled for in person hearings in either of the Divisions based on the Court's schedule. Should a party wish to appear in person in a Central Division case that has been scheduled for hearing in Boston or vice versa, the party may file a request to reschedule on that basis, which will be considered by the Court.

**THE MOVING PARTY IS RESPONSIBLE FOR:**

   1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the Court may deny the Scheduled Matter without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading, and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the Court determines the existence of a disputed and material issue of fact, the Court will schedule an evidentiary hearing or take such other action as may be appropriate under the circumstances.

**NOTICE TO ZOOM PARTICIPANTS:**

1. **To the extent a Participant has requested Zoom access in the manner described above, the Participant shall carefully read the email transmission with the participation link from the Courtroom Deputy, which has additional information regarding participation by video.**

Date:  4/28/26

By the Court,

Julie Piltzecker
Deputy Clerk
508−770−8932

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748−5314 or (866) 419−5695 (toll free) for a recorded message.