## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

EASTERN HOUSING COURT
DOCKET NO.:

| | |
|---|---|
| HOSMARO MALDONADO AND EVELYN ERAZO, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| WATER'S EDGE LIMITED PARTNERSHIP, | ) |
| WATER'S EDGE REALTY, LLC, | ) |
| CARABETTA MANAGEMENT CO., | ) |
| WATER'S EDGE MANAGEMENT CO., | ) |
| WATER'S EDGE TOWER ON THE OCEAN, INC., | ) |
| EVELYN "KIKI" CARABETTA, and FRED LEVITAN, | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| M&T BANK, as a party with an interest in the properties located at 364, 370, and 388 Ocean Avenue, Revere, Massachusetts. | ) ) ) |
| And | ) |
| FIRST TOWER FUNDING, INC., as a party with an interest in The properties located at 394 Ocean Avenue, Revere, Massachusetts. | ) ) ) |
| | ) |

## **AFFIDAVIT OF DUVER HERRERA AND GIRLESA VANEGAS IN SUPPORT OF MOTION FOR REAL ESTATE ATTACHMENT**

Now come Duver Herrera and Girlesa Vanegas whom under oath do depose and say as follows:

1. We are over the age of 18 and the following is based off of personal knowledge.

2. We are tenants at will located at the Water's Edge building, 364 Ocean Avenue, Unit 1101, Revere, Massachusetts.

3. Defendants failed to maintain habitable living conditions at the property located at 364 Ocean Avenue, Revere, Massachusetts. These include but are not limited to:

1

a. The hallways, stairwells, and majority of the building are consistently covered in trash, including but not limited to items such as used condoms, syringes, discarded food, and animal waste;

b. Neither the locking device on the front door to the building nor the buzzer granting access to visitors have worked since our tenancy started, causing serious concern for our safety;

c. There are homeless people that are able to enter the building and spend time or sleep in various locations, due to the front door not locking properly;

d. The fire alarm's go off so often that the Fire Department does not respond any longer, leaving us helpless should a real emergency occur;

e. The washers and dryers rarely work, and when they are working, they are frequently filled with water that gives off an odor or is of an obscene color; and

f. Our apartment and the Water's Edge building, have on several occasions, had rodent and insect infestations.

4. We pay rent in the amount of Two Thousand One Hundred Dollars ($2,100).

5. Due to the conditions of the building, we have withheld the rent for the following months:

a. February 2018

b. March 2018

c. April 2018

d. May 2018

e. June 2018

f. July 2018

2

    g.  August 2018

    h.  September 2018

6. We have suffered and continue to suffer mental damages as a result of Defendant's acts.

7. Defendants, amongst other violations, failed to provide us with a working elevator. Defendants have known about the elevator issues at 364 Ocean Avenue for well over a year, yet opted to ignore their failing elevators until the Commonwealth shut them down.

8. I, Duver Herrera, have previously existing knee and back issues. The pain I experience from these issues is exacerbated due to Defendant's negligence in their failure of maintaining working elevators, thus causing me to walk up and down eleven (11) flights of stairs regularly. I have contacted Water's Edge multiple times regarding the elevator issues, to no avail.

3

9. On or around May 2018, I, Girlesa Vanegas, had surgery. Due to Defendant's negligence in their failure of maintaining working elevators, I was unable to go home of an extended period of time as I could not physically walk up and down eleven (11) flights of stairs regularly. I have contacted Water's Edge multiple times regarding the elevator issues, to no avail.

10. We pay an extra Fifty Dollars ($50) a month in order to have a pet in our unit. Due to Defendant's negligence, their failure in maintaining working elevators has caused us to walk up and down eleven (11) flights of stairs multiple times a day in order to walk our dog and go to and from work. We have contacted Water's Edge multiple times regarding the elevator issues, to no avail.

11. We pay an extra Fifty Dollars ($50) a month to have access to a parking spot in the garage on property. Due to Defendant's negligence, the garage doors often malfunction and will not open, locking us inside. We have contacted Water's Edge multiple times regarding the garage issues that have made entering and exiting of the garage dangerous, to no avail

12. The defendant has an interest in the property located at 364, 370, and 388 Ocean Avenue.

13. To date, the defendants have failed to identify a carrier of liability insurance that would cover damages.

14. We have agreed to pay reasonable attorney fees to Chapdelaine Law Office PC.

I hereby sign and seal the facts contained in this Affidavit under the pains and penalties of perjury this __1__ day of October, 2018,

RESPECTFULLY SUBMITTED,

_Duver Herrera_____

Duver Herrera

4