

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**          **Water's Edge Limited Partnership**<br>                        **Debtor** | **Chapter 11**<br>**24-12445-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#640 Objection to Claim 19 of Claimant Husein Mehic and Suda Mehic filed by Debtor Water's Edge Limited Partnership.

**Decision set forth as follows:**

By July 9, 2026, the parties shall confer and conduct a discovery conference in accordance with Fed. R. Civ. P. 26(f) and stipulate, where possible, as to the proposed provisions of a discovery plan ("Discovery Plan"), which shall address the topics set forth in Fed. R. Civ. P. 26(f)(3). The parties shall preserve evidence relevant to the issues raised by the pleadings, including, without limitation, electronically stored information ("ESI"). Prior to the Rule 26(f) conference, counsel shall confer with their clients regarding the duties of the parties to preserve evidence and Fed. R. Civ. P. 37(e). On or before July 16, 2026, the parties shall file a copy of their Discovery Plan.

A hybrid case management conference under Fed. R. Civ. P. 16 is scheduled for July 20, 2026 at 2:30 p.m. ("Rule 16 Conference"). The Rule 16 Conference will be conducted in Courtroom 1, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109, with an option for parties in interest to appear by Zoom Video. To obtain video access information for the conference, participants shall email the Courtroom Deputy at cjp_courtroom_deputy@mab.uscourts. gov no later than July 17, 2026 at 4:30 p.m., providing the contact information for the party seeking to appear by video. Parties shall be prepared to discuss their Discovery Plan and whether the intended scope of discovery is proportional to the needs of the case as contemplated by Fed. R. Civ. P. 26(b)(1). The Court shall enter further case management order(s) after conducting the Rule 16 Conference.

Dated: 06/16/2026                                   By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge