

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**     **Water's Edge Limited Partnership**<br>**Debtor** | **Chapter 11**<br>**24-12445-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#648 Objection to Claim 25 of Claimant Khalid Jebari filed by Debtor Water's Edge Limited
Partnership.

**Decision set forth as follows:**

To the extent they have not already done so, the parties shall confer with respect to the remaining
disputes discussed at the preliminary hearing on the claim objection, conduct a discovery conference in
accordance with Fed. R. Civ. P. 26(f), and stipulate, where possible, as to the proposed provisions of a
discovery plan ("Discovery Plan"), which shall address the topics set forth in Fed. R. Civ. P. 26(f)(3).
The parties shall preserve evidence relevant to the issues raised by the pleadings, including, without
limitation, electronically stored information ("ESI"). Counsel shall confer with their clients regarding
the duties of the parties to preserve evidence and Fed. R. Civ. P. 37(e). On or before July 17, 2026 at
11:59 p.m., the parties shall file a copy of their Discovery Plan.

A hybrid case management conference under Fed. R. Civ. P. 16 is scheduled for July 20, 2026 at
2:30 p.m. ("Rule 16 Conference"). The Rule 16 Conference will be conducted in Courtroom 1, John W.
McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109, with an
option for parties in interest to appear by Zoom Video. To obtain video access information for the
conference, participants shall email the Courtroom Deputy at cjp_courtroom_deputy@mab.uscourts.
gov no later than July 20, 2026 at 10:00 a.m., providing the contact information for the party seeking to
appear by video. Parties shall be prepared to discuss their Discovery Plan and whether the intended
scope of discovery is proportional to the needs of the case as contemplated by Fed. R. Civ. P. 26(b)(1).
The Court shall enter further case management order(s) after conducting the Rule 16 Conference.

Dated: 07/13/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge