

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Water's Edge Limited Partnership | Chapter 11 |
| | Debtor | 24-12445-CJP |

## ORDER

**MATTER:**

#633 Objection to Claim 35 of Claimant David Hirtle filed by Debtor Water's Edge Limited Partnership.

Pursuant to the Order entered at ECF No. 747, the Objection to Claim [ECF No. 633] has been reinstated. The Court will consider the Motion for Reconsideration [ECF No. 733] as the Claimant's response to the Objection to Claim. To the extent they have not already done so, the parties shall confer and conduct a discovery conference in accordance with Fed. R. Civ. P. 26(f) and stipulate, where possible, as to the proposed provisions of a discovery plan ("Discovery Plan"), which shall address the topics set forth in Fed. R. Civ. P. 26(f)(3). The parties shall preserve evidence relevant to the issues raised by the pleadings, including, without limitation, electronically stored information ("ESI"). Counsel shall confer with their clients regarding the duties of the parties to preserve evidence and Fed. R. Civ. P. 37(e). On or before July 17, 2026 at 11:59 p.m., the parties shall file a copy of their Discovery Plan.

A hybrid case management conference under Fed. R. Civ. P. 16 is scheduled for July 20, 2026 at 2:30 p.m. ("Rule 16 Conference"). The Rule 16 Conference will be conducted in Courtroom 1, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts 02109, with an option for parties in interest to appear by Zoom Video. To obtain video access information for the conference, participants shall email the Courtroom Deputy at cjp_courtroom_deputy@mab.uscourts. gov no later than July 20, 2026 at 10:00 a.m., providing the contact information for the party seeking to appear by video. Parties shall be prepared to discuss their Discovery Plan and whether the intended scope of discovery is proportional to the needs of the case as contemplated by Fed. R. Civ. P. 26(b)(1). The Court shall enter further case management order(s) after conducting the Rule 16 Conference.

Dated: 07/13/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge