

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Water's Edge Limited Partnership** | **Chapter 11** |
| **Debtor** | **24-12445-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#649 Objection to Claim 21 of Claimant Luzdaris Gonzalez filed by Debtor Water's Edge Limited Partnership.

**Decision set forth as follows:**

A CASE MANAGEMENT ORDER WILL ENTER AS DISCUSSED ON THE RECORD.

Dated: 07/27/2026                                    By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge